FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 13 2020
JAMES W. McCORMACK, CLERK
By: [signature]
DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**________________ DIVISION**

**CASE NO.** 4:20-cv-00511-BSM

**Jury Trial:** ☐ **Yes** ☒ **No**
**(Check One)**

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Troy Williams
ADC # __________

Address: N.M.P.R.C. St. Joseph, MO 64506
3505 Frederick Ave.

Name of plaintiff: __________
ADC # __________

Address: __________

Name of plaintiff: __________
ADC # __________

Address: __________

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Linda Jones

Position: N/A

Place of employment: unknown

Address: 735 Phillip RD Lexa JCT Lexa AR. 72355

Name of defendant: unknown believed Woody Howard

Position: att owner, believed to own

This case assigned to District Judge Miller
and to Magistrate Judge Volpe

Place of employment: att

Address: 120 south central blvd Clayton, MO. 63105

Name of defendant: Jimmy Neal Bigerstaff

Position: Former Sheriff of Lee County, AR.

Place of employment: Retired

Address: Moro, AR.

Name of defendant: James B. Reynolds

Position: Medical Director

Place of employment: M.M.P.R.C. St. Joseph Mo

Address: same as above and 3505 Frederick ave

II. Are you suing the defendants in:

- ☐ official capacity only
- ☒ personal capacity only
- ☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No X

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: ______________________________

______________________________

Defendants: ______________________________

______________________________

4) Defendant Donald Trump The white House 1600 NW pennsylvania ave. washington D.C. 20500

5) Defendant Joseph Lieberman 522 Hart Senate office Bldg. washington DC. 20500

6) Defendant Lawyer David Fischer 818 Lafayette ave St Louis mo 63104

7) Governor mike parson 201 w capitol ave Jefferson city mo 65101

8) Robert walton walmart corporation office 702 Sw 8th Bentonville ar. 72716-0145

9) Sheriff Robert mays 15E Chestnut St marianna ar. 72360

10) Senator mitch Connell 522 Hart Senate office Bldg washington D.C 20500

11) ~~Lawyer David Fischer~~ Former atty General John ashcroft 10th pennsylvania ave. NW washington DC. 20530

☐ Court (if federal court, name the district; if state court, name the county):

______________________________

☐ Docket Number: ______________________________

☐ Name of judge to whom case was assigned: ______________________________

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) ______________________________

☐ Approximate date of filing lawsuit: ______________________________

☐ Approximate date of disposition: ______________________________

IV. Place of present confinement: Northwest Missouri Psychiatric Rehabilitation Center

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

X in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: ______________________________

______________________________

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes X No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes X No ____

If not, why? ________________________________________________

________________________________________________

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

See Petition Linda Jones
See Petitions on Woody Howard
See Petition on Jimmy Neal Biggerstaff
See Petition on James B. Reynolds
See ATTy General John ashcroft
See President Donald Trump
See Senator Joseph Lieberman
See Governor mike Parson
See Judge fred copeland
See lawyer david Fidler
See Sarah Dempree
See Kole walton
See Sheriff Robert mays
See Senator mitch Connell
~~See lawyer david~~ Hope Turner
medical doctor Debbie Byrum

Troy Williams
v
Companion Linda Jones ETAL
Individual Capacity
1)Place of confinement nmprc 3505 Frederick ave. St Joseph mo 64506
2)place of register # 8999
3)I like Judge to hear case
4Defendant735 Phillip rd Lexa JCT Lexa AR. 72355
5.)What you want the court to do for you. Troy file Forma Pauperis see Perkins v Hendricks 340f 3d.582. 582(8th cir 2003) Kolocotronis v. Morgan 247f.3d726 *8th cir. 2001)mental Patients do not have to pay filing fee or cost and see Constitutional rights taken . all officer can be sued and punished for they wrong doing Article 1 . 3 (7) and Articles 2 4 and see conspiracy Tampering , Concept and conflict and interest(MPC 5.037) 5.02(2) 224.4 and 341. 8; 18usca 203. 1512and 1365 all in A Conspiracy are reliable for all offenses committed in Accessory to it, Investigate Prosecuting.
6) Previous case none filed
7)Claim see Kellogg v Kellogg (app Ed. 1999)sw 2d.681 tolling don't run with A medical diagnosis and A Guardian that Troy have. And Troy have A medical diagnosis of schizophrenia and receive disability and was diagnosed with Dysarthria Brain damage . Perpetrator Woody Howard AT,T phone co. owner sent defendant Six Billion google dollars upon Troy request over a bugging device embedded A listening device on Troy that can hear everything Troy say to keep Troy from getting from where he is going by hire. Linda work in advertisement general motor Lexus Automobile co. and send Troy messages telling Troy she received the cash the only way Linda have any direct dealing with Troy, I like to collect the total amount.
8) This is A civil action Authorized by 42u.s.c section 1983 to redress the deprivation under the color of law of the state of mo. Of rights secured by the constitution of the u.s, the court has jurisdiction under 28u.s.c section 1331 and 1343(A) (3)Plaintiff declaration relief pursuant to 28u.s.c. section 2201 and 2202 Plaintiff claim for injunctive relief are authorized by u.s.c.section 2283 and 2284 and rule 65 of the federal rules of civil procedure
(9)the appropriate venue under 28 u.s.c. 1391(b) (2) because it is where the events giving rise to this to this claim occurred.
(10)Plaintiff Troy Williams is and was at all times 8 years here in a ward of the state of mo. In custody at NMPRC and is still in custody at ST. Joseph mo.
(11)Used the NMPRC Grievance form and they did not even answer the Grievance
(12)The denial of cash rightfully Troy's and medical service for cuts to clone Troy Williams per medical director James B Reynond was cruel and unusual punishment 8th. Amendment of constitution Of the u.s then treat Troy for Persecutory delusion Reynold gave A double shot of Invega which had side effects of Dysarthria Brain damage and A Brain injury while Incarcerated by hired RN Timothy Hess Reynold shot contribed to Brain damage, Denial of Troy to use the Law Library and Xerox copies and Petition the court and no memory on the Computer.
(13)Praying wherefore Plaintiff respectfully Prays that this court enter Judgement granting Plaintiff.
(14)Want A fair settlement diagnosis stop holding Troy Williams for something happen 35 years ago Evaluation trying to get Troy Aquitted Lawyer refuse to let Troy see eval..Troy life is in danger

I declare under penalty of perjury the foregoing is true and correct
This----------------------day of 2019 -------------------signature-----------------

Troy Williams
Vs.
AT&T Phone owner Woody Howard
Individual Capacity

1.) Place of confinement NMPRC 3505 Frederick Ave. St. Joseph M.O. 64506
2.) Place of Register #8999
3.) I like Judge to hear case
4.) What you want the court to do for you. Troy file Forma Pauperis see Perkinsv Hendricks 340f 3d. 582.582(8th cir 2003) Kolocotronis vs. Morgan 247f.3d726 (8th cir 2001) mental patients do not have to pay filing fee or cost and see Constitution rights taken. All officer can be sued and punished for they wrong doing Article 1 3 (7) and Article 2 4 and see conspiracy tampering, contempt, conflict and interest (MPC)5.02(2) 224.4 and 341.8; 18 U.S.C. 203.1512 and 1365 all in a conspiracy are liable for all offenses committed in accessory to it, investigate prosecuting.
5.) AT&T Phone CO. owner Woody Howard Resisted agent at 120 south central Blvd. Clayton. MO 63105. Howard song writer and agent forward petition to country music star Toby Keith and Tracy Lawarance and rapper eimmen of cloning and bugging and rig medicine see Kellogg vs. Kellogg (appEd. 1999) sw 2d.681 tolling don't run with guardian I have and diagnoses of schizophrenia lead to receiving disability income in 1987.
6.) Claim 3200 million billion googol dollars for cloning troy and rig medicine poison from kitchen and running department of mental health and one trillion dollars for libel song lyrics, and like AT&T phone company to be owned and ran by Troy cousin Robert Stephen. Howard have sent Stephen money before and contracted Stephen and others not to help Troy. Troy like 8 arenas and Howard give Troy a print out for every defendant Howard sent money to upon Troy request since 1997 when this started. Robert Stephen run ATT&T for 1/3% as long as Stephen and I agree and Stephen run the 8 arenas for 1/3% that defendant Howard is aware of. The Aphaisa Howard hire done will effect all aspects of Troy life. Troy son Earl get 1/3% and Troy get 1/3%.
7.) Claim im suing for libel for one trillion dollars for song Howard written by Toby performer, Beer for my horses and publish how Howard paid Toby say his horse and man to poison and clone, bug, and run the depth. Of mental health by paying million and billions dollars for dirty deeds to Troy love ones Dirty cheap. Song rock you baby tell how Howard embedded sleeping device on troy and tell when Troy go to sleep talk and think and see troy through the cable TV song I wanna talk about me lyrics we talk about your head when it hurt we talk about your skin and the dimple on your chin relating to gold bond lotion. As say I got my skin back on TV made medicine Risperdal to give troy acne scared face and to get troy to dentist Michael correale to drop a battery in a cap tooth to start the machine to see troy through his left eye and to hear troy think and a song talk and we talk about your guys of every shape and size relating to my clones song I wanna talk about me, American soldier terrorize Troy and to tell his buddies when the wolf growls at the door you bet I stand ready. NO matter whats the price. He will pay the lawyer Howard advertised on cricket phone 11-1-19 like I said super far tell im he is cloning black and brown people far away he is getting blood weekly from Donald Winfrey and Brown men with drug (Lozeri) to draw blood to clone weekly. 37 state sued Risperdal won it. Back in appeal if dying asked me I will bear that cross with honor song American soldier, say he will kill Troy too. Remote control with the electric in the brain that will run a 10 watt light bulb. An object dentist Michael Wilson drops in root canal to operate machine. Song crying for me Howard wrote a death wish how Troy will die from what have already done and continue to poison Troy after poison by kitchen worker Cindy Harris cause prostate cancer Shaq(Shaquille O'Neal) advertise for icy hot say. Rise from pain tell if I don't obey he will poison me again. Cause cancer my psa

level went up 17 digits in two year test DR say it went up to fast andsong huckleberry lyrics talk about my father yellow sides house in Arkansas where I grew up. Talk about growing up and get married there little huckleberries. Jimbo Hannon talk show host saying you can clone dog for 50,000 and a cat for 25,000 at my friend .com sat they use clones for body parts and song say stay in Mexico his name was Steve her name Gina Steve is the RN night manger that's cloning Troy. Troy had to leave the cottage 7 years ago because Steve cut me together body tissue to go on a dish I lost my level 4 times because of wakeup call toby say do you like me now the first bugging I received in 1978 from a combined accident I ran away from hospital how i caught a mental record. Howard claims the bugging was some of his doing. Lyrics woke up in the morning and made a little telephone call. How I know its AT&T phone co. doing song say in Mexico and song high maintenance women how all my companion have listen devices Howard say she my baby doll. Howard get woman egg when they get device hospital put them to sleep and they sign paper not to talk about or they might get killed. Howard say just sitting around waiting on a telephone call how know it's a phone co. Howard used to own Arkansas power and light co. song my list list go to the bank and the hard wake store put a new lock on the cellar door saying if I fight back again what cause me to be at maximum security I beat RN timothy Hess with a draw for bugging troy at Farmington state hospital I told them it they didn't sent me to Fulton I was going to do it again and song go with her Howard poison Troy by hire in the kitchen and give Troy prostate cancer. Lyrics prides a pill to swallow it'll leave you lonely cold and bitter. and who your daddy how Howard clone to bring children in the world. Song is that all you get meaning is lyrics all the proof Troy have song I love this bar Howard stole my address book and stroke friend Gina bar and cause nephew Kenneth Williams death. By brain tumor Kenneth told Troy on his death bed ho eat some pork and his head started hurting. Like Toby say in song I wanna talk about me lyrics we talk about you head when it hurt Kenneth was in air force 1984 Toby say veteran talk about the battle scar. Tracey Lawrence song Howard wrote call better man off Howard sent people money that would do nothing for Troy. Song I see it now lyrics it's good to see it now. Lyrics it's good to see your face again it been while meaning when I look in mirror Howard can see troy face through troy left eye Howard embedded in Troy eye. And song while you sleep lyrics sometimes I lie awake and watch you breath I listening to Troy go to sleep and I can't wake up till it were off its remote control song time marches on Donald trump running for president since this start 2000 first run. To fill the courts so Howard can't be prosecuted and song her old stumping ground clones at Howard place song if they world had a front porch seeing through troy eye. And through the cable TV. And lyrics where the bulldog have her puppies and us brother had our first clone songs lesson learn lyrics I was 10 years old the day I got caught with some candy I never bought Toby say song bullet in the gun you never see it coming it just hit you by surprise Howard do thing without reason said I was using dime store refund had to have a pocket full of money to use the phone. Song stick and stones lyrics when things go wrong I said I was connected to the wrong number Howard said he could here Troy talk from first bugging in Arkansas 1978 Toby say away dream about living in you Radio how do you like me now me talk to people they talk back radio and TV Howard informed rapper Eminem at Fulton state hospital RN Wayne McClure to go through troy temple and injure the broca area Troy brain cause progressive aphasia Troy low his speech I will be a machine and cant' help myself song lose yourself lyrics he open his mouth but the words don't come out. And there's vomit on his sweater pay kitchen work to give me gross poison say the way you lie I said Matthew was in mother house mother said you ant watching me close enough I left the house Matthew buried house down that song I'm rapper benefited to terrorize Troy song. Smack that what rapper do to male clone smack and how to bring me back to life how Troy will be brain dead. Trump said on channel 2 news 10/27/19 after the chief's game he had killed ISIS leader

Baghdadi say he was hollowing running and cry relating to how I will be doing when Howard the ignite the remote control shock to my hand with 3 pegs in Troy gums Trump showing Troy to not prosecute or he will kill Troy. Relating to song Howard wrote American soldier lyrics, I will always do my duty no matter what the price I counted up the cost I know the sacrifice if dying asked of me I will bare that cross with honor telling Troy Howard will kill Troy if prosecution will kill Howard. He will ignite the electric remote control shock to Troy head his way or enslaving troy and will kill Troy Howard ignite the shock twice I was sitting on the bed I was hollowing. Medical director James Reynolds took my flash drive, won't give Troy a higher level to go to the library more than 2 times a week at higher level 2 times a day for a total of 10 times a week.

8.) This civil action Authorized by 42 U.S.C. section 1983 to redress the deprivation under the color of law in the state of Missouri. Of right secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. section 1331 and 1343(A)(#) plaintiff declaration relief pursuant to 28 U.S.C. section 2201 and 2202 Plaintiff claim for injunctive relief are authorized by U.S.C. 2283 and 2284 and rule 65 of the federal rules of civil procedure.

9.) Is the appropriate venue under 28U.S.C. 1391(b) because it is where the events giving rise to this claim occurred.

10.) Plaintiff Troy Williams is and was at all times 8 years here in a ward of the state of Missouri. In custody at N.M.P.R.C. in St Joseph, MO.

11.) Used the N.M.P.R.C. Grievance form and they did not even answer the grievance.

12.) The denial of cash rightfully Troy's and medical service for cuts to clone Troy Williams per medical director James b. Reynolds was cruel and unusual punishment 8th amendment of the constitution of the united states. Then treat Troy for Persecutory delusion Reynolds gave a double shot of invega which had side effects of Dysarthia Brain damage and a brain injury while incarcerated by hired RN Timothy Hess. Reynolds shot contribed to brain damage, denial of Troy to use the Law Library and Xerox copies and Petition the court and no memory on the computer.

13.) Praying wherefore plaintiff respectfully prays that this court enter judgment granting plaintiff.

14.) Want a fair settlement diagnosis stop holding Troy Williams for something happened 35 years ago Evaluation trying to get troy Williams acquitted lawyer refuse to let troy see evil. Troy life is in danger plus removes antipsychotic medicines at once and because Howard is Troy wake up call by hire.

15.) Additional relief this court deems just, proper and equitable.

I declare under penalty of Perjury the foregoing is true and correct.

This ______________day of _________________2020________________________

Troy Williams

v

Former shriff Jimmy Neal Biger Staff ETAL

Individual Capicity

1)Place of confinement nmprc 3505 Frederick ave. St Joseph mo 64506

2)place of register # 8999
3)I like Judge to hear case
4Defendant Moro Are 72360
5.)What you want the court to do for you. Troy file Forma Pauperis see Perkins v Hendricks 340f 3d.582. 582(8th cir 2003) Kolocotronis v. Morgan 247f.3d726 *8th cir. 2001)mental Patients do not have to pay filing fee or cost and see Constitutional rights taken . all officer can be sued and punished for they wrong doing Article 1 3 (7) and Articles 2 4 and see conspiracy Tampering , Concept and conflict and interest(MPC 5.037) 5.02(2) 224.4.4 and 341. 8; 18usca 203. 1512and 1365 all in A Conspiracy are reliable for all offenses committed in Accessory And I like the court to investigate and prosecuto Jimmy Neal Bigerstaff for poisoning daddy and rape mother and advertise atkin carpet cleaner at Columbia mo and wrinting song by garth brooks two pina coladas lyrics I buried em in the sand daddy committed suicide from the poison daddy told troy some body did something to him and biger staff stand full responsibility foe burying them in the sand. Biger staff live in AR. and daddy get poison in Ar. And died in Kansas but biger staff advertise for atkin carpet cleaner at Columbia mo trying to get perpetrator to kill troy. And by poison in the kitchen. Make venue link to accessory to all in volved. Biger staff working advertisement for price chopper and jimmy dean savage.
6) Previous case filed dismissed 9-19-12 failure to prosecute lin the 13th. Judicial circuit court Callaway county mo .10 E 5th. St. Fulton mo. 65251

7)Claim see Kellogg v Kellogg (appEd. 1999)sw 2d.681 trolling don't run with Guardian I have and diagnoses of schizophrenia lead tto receiving disability income in 1987. Claim perpetrator Woody Howard phone co owner Woody Howard perpetrator Troy like all stated property hand over to Troy by 12-1-20 and defendant biger staff has teamed up on Troy to kill Troy on many attempts bigerstaff have a receiver to Troy transmitter Howard embedded on Troy in 1997 by hire RN Timothy Hess at the smmhrc Farmington mo bigerstaff spelled out to Howard in advertments for atkin carpet cleaner meaning kill me the loudest voice on the receiver. Most important people can relate to hearing Troy talk over device. My companion Kathy Mcdonald seen bigerstaff. I gave Kathy to advertised number bigerstaff displayed Kathy she call bigerstaff to verify it was bigerstaff behide the killer name. Atkin telling Howard and who will to kill me with injurious words atkin bigerstaff live in Troy home town and wrote song by Garth Brook named two pina colodas lyrics troubles I forgot'em I burned'em in the sand and said goodbye to her good timing man relating to how bigerstaff rape and poison daddy willie Williams . Willie died in the leaven worth veteran hospital from a stomach probably Willie committed suicide from the poison. Bigerstaff writes about bigerstaff Linda Jones my companion 8000 acres of land I ask Linda to give Jimmy

100 googol dollars to purchase 5 duplex apartment factory on the north end of Marianna Arkansas Troy home town . the airport and 100 million acres of ground in America and 25 million acres in Canada. Bigerstaff wrote Garth Brooks song shameless, what she doing now , Rodeo,Papa Love mama , the man Bigerstaff split wife and family up . wrote song 14 caratmind by Gene Watson. And hotter than a two dollars pistol by George Jones biger staff told my father Willie that man wife was his heart . oyes I pass mother house one day bigerstaff when he was sheriff with dark tinted windows in his pick white. If I had stopped Jimmy probably would have shot me red handed. When I seen mother again she told me that man you brought that truck from look like some dog hair and molasses. I didn't feed into conversation because I'm the one bought the truck from. Bigerstaff mother died with a tumor at her anus. Before we could talk. I talk on the phone on her death bed she said you sound up lifted I said I told you to take care of yourself she said everything will be alright. With the 100 googel Troy gave bigerstaff like biger staff to get the willis tower in Chicago ill. I have give sear 8 Google dollars to own tower and biger staff set tower up to rent the 125 million acres out from the tower and Troy gave kmart 8 googel dollars to own kmart and bigerstaff give payless shoe store two googel dollars for Troy to own. And bigerstaff renovate into law firm kmart and sear and payless store in middle front be retail store and if bigerstaff stop killing no other charges will be brought on bigerstaff and Troy like the price chopper store in st. joseph mo

I declare under penalty of Perjury the foregoing is True and correct.
This-------------------day of ------------------------2019--------------------------------

Troy Williams
Vs.
Medical Director James Reynolds ETAL
Individual Capacity

1.) Place of confinement NMPRC 3505 Frederick Ave. St. Joseph M.O. 64506
2.) Place of Register #8999
3.) I like Judge to hear case
4.) Defendant address NMPRC 3505 Frederick ave. St Joseph, MO. 64506
5.) What you want the court to do for you. Troy file Forma Pauperis see Perkins v Hendricks 340f 3d. 582. 582(8th cir 2003) Kolocotronis vs Morgan 247f.3d726 (8th cir 2001) mental patients do not have to pay filing fee or cost and see Constitution rights taken. All officer can be sued and punished for they wrong doing Article 1 3 (7) and Article 2 4 and see conspiracy tampering, contempt, conflict and interest (MPC)5.02(2) 224.4 and 341.8; 18 U.S.C. 203.1512 and 1365 all in a conspiracy are liable for all offenses committed in accessory to it, investigate prosecuting.
6.) Claim perpetrator Woody Howard bugged Troy in 1997 by hiring RN Timothy Hess to embed a transmitter for people with a receiver can hear troy talk and read Troy mind, tell when troy fall asleep and put troy fast asleep and can't wake and come in troy room and scalpel Troy for skin to grow to Clone Troy There are 40 notes where RN Nurse have documented and Reynolds is treating Troy for persecutory delusions because Troy tell the torture and Reynold receive a billion dollars from perpetrator upon Troy request them sent Reynold one trillion then a googol for Reynold to not kill Troy. Reynold restrained troy 8/9/13 for no reason and use invega (eye needle) side effect dysarthria. To promote a brain injury RN Wayne McClue done at Fulton state hospital for Howard. Reynold didn't bill Medicare the 1,198 for shot. Reynold tell Troy he never get release if Troy don't take clozroil to draw blood once a week to clone so don't have to come in Troy room to gather skin to clone. Talk show host Jimbo bohanan said you can clone a dog for 50,000 dollars and a cat for 25,000 dollars at myfriend.com and body parts are made with the cloned babies. I'm suing for cloning and restraint., brain damage and a double dose of invega by hire and one googol one trillion dollars and support for a unconditional release from the department of mental health, and support to terminate Troy guardian. Reynolds give troy the best medicine prolixum cause brain damage and not to take with cancer troy suffer from by prison juice. Reynolds took Troy flash drive and will not allow Troy to use computer to type petition by net promoting a higher level to go to the library and can't use law library. Defendant deny Troy artane for tardive dyskinesin so I shoke and not be able to write
7.) This civil action Authorized by 42 U.S.C. section 1983 to redress the deprivation under the color of law in the state of Missouri. Of right secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. section 1331 and 1343(A)(#) plaintiff declaration relief pursuant to 28 U.S.C. section 2201 and 2202 Plaintiff claim for injunctive relief are authorized by U.S.C. 2283 and 2284 and rule 65 of the federal rules of civil procedure.
8.) Is the appropriate venue under 28U.S.C. 1391(b) because it is where the events giving rise to this claim occurred.
9.) Plaintiff Troy Williams is and was at all times 8 years here in a ward of the state of Missouri. In custody at N.M.P.R.C. in St Joseph, MO.
10.) Used the N.M.P.R.C. Grievance form and they did not even answer the grievance.
11.) The denial of cash rightfully Troy's and medical service for cuts to clone Troy Williams per medical director James b. Reynolds was cruel and unusual punishment 8th amendment of the constitution of the united states. Then treat Troy for Persecutory delusion Reynolds gave a double shot of invega which had side effects of Dysarthia Brain damage and a brain injury while incarcerated by hired RN Timothy Hess. Reynolds shot contributed to brain damage, denial of

Troy to use the Law Library and Xerox copies and Petition the court and no memory on the computer.

12.) Praying wherefore plaintiff respectfully prays that this court enter judgment granting plaintiff.

13.) Want a fair settlement diagnosis stop holding Troy Williams for something happened 35 years ago Evaluation trying to get troy Williams acquitted lawyer refuse to let troy see evil. Troy life is in danger plus removes aitipsychotric medicines at once and subpoena Troy to court Oct 2nd, 2019 the hospital staff will not let troy appear.

14.) Additional relief this court deems just, proper and equitable.

I declare under penalty of perjury that the foregoing is true and correct.

On This __________ Day Of _______________ Signature________________________

Troy Williams
Vs.
Former Attorney General John Ashcroft ETAL
Individual Capacity

1.) Place of confinement NMPRC 3505 Frederick Ave. St. Joseph M.O. 64506
2.) Place of Register #8999
3.) I like Judge to hear case
4.) Defendant address 10th Pennsylvania ave. nw Washington D.C. 20530
5.) What you want the court to do for you. Troy file Forma Pauperis see Perkins v Hendricks 340f 3d. 582. 582(8th cir 2003) Kolocotronis vs Morgan 247f.3d726 (8th cir 2001) mental patients do not have to pay filing fee or cost and see Constitution rights taken. All officer can be sued and punished for they wrong doing Article 1 3 (7) and Article 2 4 and see conspiracy tampering, contempt, conflict and interest (MPC)5.02(2) 224.4 and 341.8; 18 U.S.C. 203.1512 and 1365 all in a conspiracy are liable for all offenses committed in accessory to it, investigate prosecuting.
6.) Claim perpetrator Woody Howard AT&T Phone CO. owner sent defendant a lump sum of money John Ashcroft told Troy let that digest I'm suing for collection on account for one hundred dollars. John Ashcroft seen through Troy left eye when Howard started bugging Troy Howard was advertising for Cingular in the newspaper to over throw the Government John Ashcroft made Howard sent money to most everyone but Troy. I like John Ashcroft to tell all he know John have a receiver to Troy transmitter.
7.) This civil action Authorized by 42 U.S.C. section 1983 to redress the deprivation under the color of law in the state of Missouri. Of right secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. section 1331 and 1343(A)(#) plaintiff declaration relief pursuant to 28 U.S.C. section 2201 and 2202 Plaintiff claim for injunctive relief are authorized by U.S.C. 2283 and 2284 and rule 65 of the federal rules of civil procedure.
8.) The 16th circuit court of Jackson county MO. Is the appropriate venue under 28U.S.C. 1391(b) because it is where the events giving rise to this claim occurred.
9.) Plaintiff Troy Williams is and was at all times 8 years here in a ward of the state of Missouri. In custody at N.M.P.R.C. in St Joseph, MO.
10.) Used the N.M.P.R.C. Grievance form and they did not even answer the grievance.
11.) The denial of cash rightfully Troy's and medical service for cuts to clone Troy Williams per medical director James b. Reynolds was cruel and unusual punishment 8th amendment of the constitution of the united states. Then treat Troy for Persecutory delusion Reynolds gave a double shot of invega which had side effects of Dysarthia Brain damage and a brain injury while incarcerated by hired RN Timothy Hess. Reynolds shot contribed to brain damage, denial of Troy to use the Law Library and Xerox copies and Petition the court and no memory on the computer.
12.) Praying wherefore plaintiff respectfully prays that this court enter judgment granting plaintiff.
13.) Want a fair settlement diagnosis stop holding Troy Williams for something happened 35 years ago Evaluation trying to get troy Williams acquitted lawyer refuse to let troy see evil. Troy life is in danger plus removes aitipsychotric medicines at once and subpoena Troy to court Oct 2nd, 2019 the hospital staff will not let troy appear.
14.) Additional relief this court deems just, proper and equitable.

15.) Additional relief this court deems just, proper and equitable

I declare under penalty of perjury that the foregoing is true and correct.

On This __________ Day Of _______________ Signature________________________

Troy Williams

v

President. Donald Trump ETAL

Individual Capacity

1)Place of confinement nmprc 3505 Frederick ave. St Joseph Mo 64506

2)place of register # 8999

3)I like Judge to hear case

4Defendant address The White House 1600 nw Pennsylvania ave Washington D.C. 20500

5.)What you want the court to do for you. Troy file Forma Pauperis see Perkins v Hendricks 340f 3d.582. 582(8th cir 2003) Kolocotronis v. Morgan 247f.3d726 *8th cir. 2001)mental Patients do not have to pay filing fee or cost and see Constitutional rights taken . all officer can be sued and punished for they wrong doing Article 1 3 (7) and Articles 2 4 and see conspiracy Tampering , Concept and conflict and interest(MPC 5.03)(7) 5.02(2) 224.4 and 341. 8; 18usca 203. 1512and 1365 all in A Conspiracy are reliable for all offenses committed in Accessory to it, Investigate Prosecuting

6) Previous case filed dismissed 9-19-12 failure to prosecute In the 13th. Judicial circuit court Callaway county mo .10 E 5th. St. Fulton mo. 65251

7)Claim see Kellogg v Kellogg (app Ed. 1999)sw 2d.681 tolling don't run with A medical diagnosis and A Guardian that Troy have. And Troy have A medical diagnosis of schizophrenia and receive disability and was diagnosed with Dysarthria Brain damage. Perpetrator Woody Howard AT&T phone co. owner sent defendant money upon Troy Request and Donald Trump have a receiver to Perpetrator Woody Howard transmitter and hear how Howard hire Trump to run the government why trump don't release his taxes that would solve the problem Trump band Chad Africa from entering the US when client Chad Moreland told Troy perpetrator name Woody Howard, Howard told Troy why he confined in Troy say Troy used refund. Dime store candy Tracy Lawrence say in song Lesson learn lyrics I was 10 years old the day I got caught with some dime store candy that I never bought. I hang my head and face the wall as (Daddy) should me wrong from right. Trump been running for president every since this happened to cover for Howard wrong doing to appoint Judges to protect Howard and be above the law damages Howard sent Troy guardian one trillion dollars and contracted guardian Karen Digh not to help Troy she don't. Howard can hear Troy think and talk government ran and trump and trump help hide the Clones Howard paid Troy wake up call to gather Body tissue to clone by cut Troy in Troy between Troy Buttocks. You can clone a dog for $50,000 and a cat for $25,000 dollars at myfriends.com. Talk show host Jim Bohanan said they using the clones for body parts. Trump said 8/15/15 he was going to put H&R Block out of business because Block said get your Billion back relating to Troy money Troy sent people and at 12:35 pm on Hannity show Trump said on the O'relly factor 9-8-15 said all life's matter cover for Woody Howard name. Toby Keith preformed at Trump(Inauguration) because Trump is accessory to lyrics doings written by Trump right hand man Howard. Trump said hilarious telling my sister over then news he was going to kill her son Larry if she be Troy guardian we was talk about that on phone. After Howard brived my guardian money I ask Howard to send her to let her know im not suffering from grandiose persecution delusion like Howard paid treatment to say im suing for two hundred billion googol dollars for compensation damages. Trump call the mental ill crazy and sick. I'm suing for invading Troy privacy I like Trump to tear down hotel near white house give Troy lot. In Griswold vs Connecticut 1965 Supreme court of the United States of America found that the 1st,3rd , 4th , 5th, 9th, and 14th amendments of the

Constitution of the United States of America protect personal privacy and the aspects 1. The right to be free from government surveillance and intrusion. 2. The right to be free in thought and belief from governmental regulation.

8) This is a civil action Authorized by 42u.s.c section 1983 to redress the deprivation under the color of law of the state of mo. Of rights secured by the constitution of the U.S.A the court has jurisdiction under 28u.s.c section 1331 and 1343(A) (3)Plaintiff declaration relief pursuant to 28u.s.c. section 2201 and 2202 Plaintiff claim for injunctive relief are authorized by u.s.c. section 2283 and 2284 and rule 65 of the federal rules of civil procedure

(9)The 16th. Circuit court of Jackson county mo. Is the appropriate venue under 28 u.s.c. 1391(b)(2) because it is where the events giving rise to this to this claim occurred.

(10)Plaintiff Troy Williams is and was at all times 8 years here in a ward of the state of mo. In custody at NMPRC and is still in custody at ST. Joseph mo.

(11)Used the NMPRC Grievance form and they did not even answer the Grievance

(12)The denial of cash rightfully Troy's and medical service for cuts to clone Troy Williams per medical director James B Reynolds was cruel and unusual punishment 8th. Amendment of constitution Of the u.s.a. then treat Troy for Persecutory delusion Reynold gave A double shot of Invega which had sideeffects of Dysarthria Brain damage and A Brain injury while Incarcerated by hired RN Timothy Hess Reynold shot contribed to Brain damage , Denail of Troy to use the Law Library and Xerox copies and Petition the court and no memory on the Computor.

(13)Praying wherefore Plaintiff respectfully Prays that this court enter Judgement granting Plaintiff.

(14)Want A fair settlement diagnosis stop holding Troy Williams for something happen 35 years ago Evaluation trying to get Troy Aquitted Lawyer refuse to let Troy see eval..Troy life is in danger .

This____________________Day of 2019______________________signature________________

Troy Williams

v

Formor Senator Joseph Lieberman ETAI

Individual Capacity

1)Place of confinement nmprc 3505 Frederick ave. St Joseph mo 64506

2)place of register # 8999

3)I like Judge to hear case

4Defendant address522 Hart Senate office bldg.. Washington DC. 20500

5.)What you want the court to do for you.Troy file Forma Pauperis see Perkins v Hendricks 340f 3d.582. 582(8th cir 2003) Kolocotronis v. Morgan 247f.3d726 *8th cir. 2001)mental Patients do not have to pay filing fee or cost and see Constitutional rights taken . all officer can be sued and punished for they wrong doing Article 1 3 (7) and Articles 2 4 and see conspiracy Tampering , Concept and conflict and interest(MPC 5.037) 5.02(2) 224.4.4 and 341. 8; 18usca 203. 1512and 1365 all in A Conspiracy are reliable for all offenses committed in Accessory to it, Investigate Prosecuting

6) Previous case filed dismissed 9-19-12 failure to prosecute In the 13th. Judicial circuit court Callaway county mo .10 E 5th. St. Fulton mo. 65251

7)Claim see Kellogg v Kellogg (app Ed. 1999)sw 2d.681 tolling don't run with A medical diagnosis and A Guardian that Troy have. And Troy have A medical diagnosis of schizophrenia and receive disability and was diagnosed with Dysarthria Brain damage . Perpetrator Woody Howard AT,T phone co. owner sent defendant 700 Trillion dollars upon Troy request over A bugging device Perpetrator Woody Howard AT,T Phone co. owner embedded on Troy in 1997 by hiring RN. Timothy Hess . Troy sent Leiberman the money when he was Senator . for Troy to own Israel . Leiberman got the cash and he left the Senate. To Troy belief Leiberman build Israel with the cash. Troy is suing for collection on account for 700 Trillion dollars and interest or give Israel to Troy ownership.Leiberman buy all People out of Israel or Troy give Leiberman 800 Million Googol dollars for Troy to own Israel.

I declare under penalty of perjury the foregoing is true and correct

This----------------------day of 2019 ------------------signature----------------

Troy William
Vs
Governor Mike Parson ETAL
Individual Capacity

1.) Place of confinement NMPRC 3505 Frederick Ave St. Joseph, MO 64506
2.) Place of Register #8999
3.) I like Judge to hear case
4.) Defendant address 201 W Capitol ave. Jefferson city mo. 65101
5.) What you want the court to do for you. Troy file Forma Pauperis see Perkins vs Hendricks 340f 3d 582.582(8th cir 2003) Kolocotronis vs Morgan 247f.3d726 (8th cir 2001) mental patients do not have to pay filing fee or cost and see Constitution rights taken all officer can be sued and punished for they wrong doing Article 1 3 (7) and Article 2 4 and see conspiracy, tampering, contempt and interest (MPC)5.02(2) 224.4 and 341.8; 18 U.S.C. 203.1512 and 1365 all in a conspiracy are liable for all offenses committed in accessory to it, investigate prosecuting.
6.) Claim Perpetrator Woody Howard AT&T Phone Co. owner sent Governor Mike Parson one Googol dollars upon Troy request over A bugging device Howard embedded on Troy by hire by Rn. Timothy Hess in 1997 I had to beat Hess with A draw to stop Hess from bugging and cutting Troy tween Troy Buttocks to gather skin to Clone Troy. I heard Hess say one night Troy will not get out this Hospital alive. I told Staff if They didn't get me to the Fulton State Hospital I was going to do it again A step backward to getting out of mental Health. Parson writing in the ST. Joseph news paper he went from Cattle to Capitol Parson telling Troy AT&T owner Howard had sent him the Googol dollars I like Parson to give Troy the nmprc Hospital at 3505 Frederick av. ST. Joseph mo. 64506 and give all Clients in Mental Health $15. 000 dollars per month the one' s have done the time they would have done in the Penitentiary and A unconditional release from the dept. of mental health. If Parson don't meet these demands return all cash he keep interest Troy get the 80 acres nmprc sit on. And Parson provide a patrol car to take Troy home to Marianna AR., because Troy there are a lot of people trying to kill Troy because of this case. I like two troopers and stay weeks and live 17 mile to Holiday Inn in Forest city AR. Troy like back all cash except 200 quattourvigintillion with 75 zeros.
This --------------day of ---------------------2020 Signuture-------------------------

Troy Williams

v

Former Judge Fred Copeland Etal

Individual Capicity

1)Place of confinement nmprc 3505 Frederick ave. St Joseph mo 64506

2)place of register # 8999
3)I like Judge to hear case
4Defendant Address Pemiscot county court house 610 ward ave caruthevillie mo 63830
5.)What you want the court to do for you. Troy file Forma Pauperis see Perkins v Hendricks 340f 3d.582. 582(8th cir 2003) Kolocotronis v. Morgan 247f.3d726 *8th cir. 2001)mental Patients do not have to pay filing fee or cost and see Constitutional rights taken . all officer can be sued and punished for they wrong doing Article 1 3 (7) and Articles 2 4 and see conspiracy Tampering , Concept and conflict and interest(MPC 5.037) 5.02(2) 224.4.4 and 341. 8; 18usca 203. 1512and 1365 all in A Conspiracy are reliable for all offenses committed in Accessory to it .

6) Previous case filed dismissed 9-19-12 failure to prosecute Iin the 13th. Judicial circuit court Callaway county mo .10 E 5th. St. Fulton mo. 65251

7)Claim see Kellogg v Kellogg (appEd. 1999)sw 2d.681 tolling don't run with Guardian I have and diagnoses of schizophrenia lead tto receiving disability income in 1987. Claim perpetrator Woody Howard att phone co owner Woody Howard perpetrator Troy sent judge Fred Copeland 1400 billion dollars one sextillion and 100.000 million Google dollars upon Troy request over bugging device for damage Howard done to Troy Copeland would not release Troy three times . Copeland advertised for detech home loan after he received 1400 billion dollars tell Troy I will dye before he release Troy now Copeland work in advertisement for Adam Toyoto at Lee Summit I70 and 291 Hwy lee summit mo 64002 Ray Adam is the man Copeland send message to Troy by Ray said zero down tell Troy getting release will be last thing if Troy dont send him 100,000 million Google I request it over the bugging device Copeland said he received the cash Howard contracted defendant not to help Troy im suing on collection on account for 100,000 million google one sextillion Copeland can keep interest.

I declare under penalty of Perjury the foregoing is True and correct.
This-------------------day of ------------------------2019--------------------------------

Troy Williams
Vs.
Lawyer David Fischer ETAL
Individual Capacity

1.) Place of confinement NMPRC 3505 Frederick Ave. St. Joseph M.O. 64506
2.) Place of Register #8999
3.) I like Judge to hear case
4.) Defendant address 818 Lafayette ave St. Louis Mo. 63104
5.) What you want the court to do for you. Troy file Forma Pauperis see Perkins v Hendricks 340f 3d. 582. 582(8th cir 2003) Kolocotronis vs Morgan 247f.3d726 (8th cir 2001) mental patients do not have to pay filing fee or cost and see Constitution rights taken. All officer can be sued and punished for they wrong doing Article 1 3 (7) and Article 2 4 and see conspiracy tampering, contempt, conflict and interest (MPC)5.02(2) 224.4 and 341.8; 18 U.S.C. 203.1512 and 1365 all in a conspiracy are liable for all offenses committed in accessory to it, investigate prosecuting.
6.) Claim see Kellogg vs Kellogg (app Ed. 1999) sw 2d.681. A medical Diagnosis of schizophrenia and with Dysarthria Brain Damage receive disability and has a guardian. Perpetrator Woody Howard AT&T owner Woody Howard sent Defendant one Quadrillion dollars upon Troy request over device Woody Howard embedded on Troy in 1997 at SMMHRC Farmington, MO. By Hire Timothy Hess embedded in Troy and Troy beat Hess with draw and got sent to Intermedia Security hospital. I called Fischer he told Troy I sent him billions Troy is suing for collection on account, for one Quadrillion dollars. Fischer can keep interest. Fischer wrote song by Rascle flats name Take me there, Winner of A losing game, I'm moving on, My wish, Life is a Highway, Bless the broken road.
7.) This civil action Authorized by 42 U.S.C. section 1983 to redress the deprivation under the color of law in the state of Missouri. Of right secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. section 1331 and 1343(A)(#) plaintiff declaration relief pursuant to 28 U.S.C. section 2201 and 2202 Plaintiff claim for injunctive relief are authorized by U.S.C. 2283 and 2284 and rule 65 of the federal rules of civil procedure.
8.) Is the appropriate venue under 28U.S.C. 1391(b) because it is where the events giving rise to this claim occurred.
9.) Plaintiff Troy Williams is and was at all times 8 years here in a ward of the state of Missouri. In custody at N.M.P.R.C. in St Joseph, MO.
10.) Used the N.M.P.R.C. Grievance form and they did not even answer the grievance.
11.) The denial of cash rightfully Troy's and medical service for cuts to clone Troy Williams per medical director James b. Reynolds was cruel and unusual punishment 8th amendment of the constitution of the united states. Then treat Troy for Persecutory delusion Reynolds gave a double shot of invega which had side effects of Dysarthia Brain damage and a brain injury while incarcerated by hired RN Timothy Hess. Reynolds shot contribed to brain damage, denial of Troy to use the Law Library and Xerox copies and Petition the court and no memory on the computer.
12.) Praying wherefore plaintiff respectfully prays that this court enter judgment granting plaintiff.
13.) Want a fair settlement diagnosis stop holding Troy Williams for something happened 35 years ago Evaluation trying to get troy Williams acquitted lawyer refuse to let troy see evil. Troy life is in danger plus removes aitipsychotric medicines at once and subpoena Troy to court Oct 2nd, 2019 the hospital staff will not let troy appear.
14.) Additional relief this court deems just, proper and equitable.

I declare under penalty of perjury that the foregoing is true and correct.

On This __________ Day Of ______________ Signature______________________

Troy Williams
Vs.
Sarah Demaree ETAL
Individual Capacity

1.) Place of confinement NMPRC 3505 Frederick Ave. St. Joseph M.O. 64506
2.) Place of Register #8999
3.) I like Judge to hear case
4.) Defendant address nmprc 3505 Frederick ave. St Joseph, MO. 64506
5.) What you want the court to do for you. Troy file Forma Pauperis see Perkinsv Hendricks 340f 3d. 582. 582(8th cir 2003) Kolocotronis vs Morgan 247f.3d726 (8th cir 2001) mental patients do not have to pay filing fee or cost and see Constitution rights taken. All officer can be sued and punished for they wrong doing Article 1 3 (7) and Article 2 4 and see conspiracy tampering, contempt, conflict and interest (MPC)5.02(2) 224.4 and 341.8; 18 U.S.C. 203.1512 and 1365 all in a conspiracy are liable for all offenses committed in accessory to it, investigate prosecuting.
6.) Claim Perpetrator Woody Howard AT&T Phone CO. owner. Sent defendant 2.2million googel dollars, I'm suing for collection on account for 2.1million googel dollars. Howard sent defendant over a bugging device, Howard embedded on Troy by hiring RN Timothy Hess at the SMMHRC Farmington, MO. 1997 sent upon Troy request to show defendant I was bugged over the transmitter to Howard receiver that can read Troy mind.
7.) This civil action Authorized by 42 U.S.C. section 1983 to redress the deprivation under the color of law in the state of Missouri. Of right secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. section 1331 and 1343(A)(#) plaintiff declaration relief pursuant to 28 U.S.C. section 2201 and 2202 Plaintiff claim for injunctive relief are authorized by U.S.C. 2283 and 2284 and rule 65 of the federal rules of civil procedure.
8.) The 16th circuit court of Jackson county MO. Is the appropriate venue under 28U.S.C. 1391(b) because it is where the events giving rise to this claim occurred.
9.) Plaintiff Troy Williams is and was at all times 8 years here in a ward of the state of Missouri. In custody at N.M.P.R.C. in St Joseph, MO.
10.) Used the N.M.P.R.C. Grievance form and they did not even answer the grievance.
11.) The denial of cash rightfully Troy's and medical service for cuts to clone Troy Williams per medical director James b. Reynolds was cruel and unusual punishment 8th amendment of the constitution of the united states. Then treat Troy for Persecutory delusion Reynolds gave a double shot of invega which had side effects of Dysarthia Brain damage and a brain injury while incarcerated by hired RN Timothy Hess. Reynolds shot contribed to brain damage, denial of Troy to use the Law Library and Xerox copies and Petition the court and no memory on the computer.
12.) Praying wherefore plaintiff respectfully prays that this court enter judgment granting plaintiff.
13.) Want a fair settlement diagnosis stop holding Troy Williams for something happened 35 years ago Evaluation trying to get troy Williams acquitted lawyer refuse to let troy see evil. Troy life is in danger plus removes aitipsychotric medicines at once and subpoena Troy to court Oct 2nd, 2019 the hospital staff will not let troy appear.
14.) Additional relief this court deems just, proper and equitable.
15.) Additional relief this court deems just, proper and equitable

I declare under penalty of perjury that the foregoing is true and correct.

On This __________ Day Of _______________ Signature________________________

Troy Williams
Vs.
Rob Walton ETAL
Individual Capacity

1.) Place of confinement NMPRC 3505 Frederick Ave. St. Joseph M.O. 64506
2.) Place of Register #8999
3.) I like Judge to hear case
4.) Defendant address Wal-Mart Corporation office 702 SW 8th st Bentonville AR 72716-0145 Registered agent Michael Duke
5.) What you want the court to do for you. Troy file Forma Pauperis see Perkins v Hendricks 340f 3d. 582. 582(8th cir 2003) Kolocotronis vs Morgan 247f.3d726 (8th cir 2001) mental patients do not have to pay filing fee or cost and see Constitution rights taken. All officer can be sued and punished for they wrong doing Article 1 3 (7) and Article 2 4 and see conspiracy tampering, contempt, conflict and interest (MPC)5.02(2) 224.4 and 341.8; 18 U.S.C. 203.1512 and 1365 all in a conspiracy are liable for all offenses committed in accessory to it, investigate prosecuting.
6.) Claim see Kellogg vs Kellogg (app Ed. 1999) sw 2d.681. A medical Diagnosis of schizophrenia and with Dysarthria Brain Damage receive disability and has a guardian. Perpetrator Woody Howard AT&T owner Woody Howard sent Defendant 8 googol dollars 300 Tresvigintillion dollars and Rob give Troy 4 googol dollars and Rob give all Negros in America one hundred trillion dollars at all Walmart stores by computer and advertise all over Negros will know about the money start giving money july 2020 and Rob make yard signs with President candidate Kathy Mc Donald Pitcher that read Leader and Protecter and Troy son Earl Pitcher that read Vice President and Rob buy all Walmart stores and put Troy Williams name and Rob put 2 Googol dollars in bank on interest to run Walmart Rob get 30% to run store.
7.) This civil action Authorized by 42 U.S.C. section 1983 to redress the deprivation under the color of law in the state of Missouri. Of right secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. section 1331 and 1343(A)(#) plaintiff declaration relief pursuant to 28 U.S.C. section 2201 and 2202 Plaintiff claim for injunctive relief are authorized by U.S.C. 2283 and 2284 and rule 65 of the federal rules of civil procedure.
8.) Is the appropriate venue under 28U.S.C. 1391(b) because it is where the events occurred.
9.) Plaintiff Troy Williams is and was at all times 8 years here in a ward of the state of Missouri. In custody at N.M.P.R.C. in St Joseph, MO.
10.) Used the N.M.P.R.C. Grievance form and they did not even answer the grievance.
11.) The denial of cash rightfully Troy's and medical service for cuts to clone Troy Williams per medical director James b. Reynolds was cruel and unusual punishment 8th amendment of the constitution of the united states. Then treat Troy for Persecutory delusion Reynolds gave a double shot of invega which had side effects of Dysarthia Brain damage and a brain injury while incarcerated by hired RN Timothy Hess. Reynolds shot contribed to brain damage, denial of Troy to use the Law Library and Xerox copies and Petition the court and no memory on the computer.
12.) Praying wherefore plaintiff respectfully prays that this court enter judgment granting plaintiff.
13.) Want a fair settlement diagnosis stop holding Troy Williams for something happened 35 years ago Evaluation trying to get troy Williams acquitted lawyer refuse to let troy see evil. Troy life is in danger plus removes aitipsychotric medicines at once and subpoena Troy to court Oct 2nd, 2019 the hospital staff will not let troy appear.
14.) Additional relief this court deems just, proper and equitable.

I declare under penalty of perjury that the foregoing is true and correct.

On This __________ Day Of _______________ Signature________________________

Troy Williams

v

Sheriff Robert Mays ETAl

Individual Capacity

1)Place of confinement nmprc 3505 Frederick ave. St Joseph mo 64506

2)place of register # 8999

3)I like Judge to hear case

4Defendant address 15 E Chestnut ST. Marianna AR. 72360

5.)What you want the court to do for you.Troy file Forma Pauperis see Perkins v Hendricks 340f 3d.582. 582(8th cir 2003) Kolocotronis v. Morgan 247f.3d726 *8th cir. 2001)mental Patients do not have to pay filing fee or cost and see Constitutional rights taken . all officer can be sued and punished for they wrong doing Article 1 3 (7) and Articles 2 4 and see conspiracy Tampering , Concept and conflict and interest(MPC 5.037) 5.02(2) 224.4.4 and 341. 8; 18usca 203. 1512and 1365 all in A Conspiracy are reliable for all offenses committed in Accessory to it, Investigate Prosecuting Digh.

6) Previous case filed dismissed 9-19-12 failure to prosecute In the 13th. Judicial circuit court Callaway county mo .10 E 5th. St. Fulton mo. 65251

7)Claim see Kellogg v Kellogg (app Ed. 1999)sw 2d.681 tolling don't run with A medical diagnosis and A Guardian that Troy have. And Troy have A medical diagnosis of schizophrenia and receive disability and was diagnosed with Dysarthria Brain damage . Perpetrator Woody Howard AT,T phone co. owner sent defendant 100 Tresvigintillion dollars for Mays 20,000 acres Mays are to get ~~one~~ 300 million acres and 60,000 Acres for Troy there. I'm suing for the Ground Perpetrator Howard AT,T phone co. owner embedded A listening device on Troy then Companion Linda Jones gave A lump Sum of cash I'm only suing for the Ground. I declare under penalty of perjury the foregoing is true and correct

This----------[illegible]----------day of 20~~19~~[illegible]-----------signature-----[signature]-----

Troy Williams

v

Former Mitch Connell ETAl

Individual Capacity

1)Place of confinement nmprc 3505 Frederick ave. St Joseph mo 64506

2)place of register # 8999

3)I like Judge to hear case

4Defendant address522 Hart Senate office bldg.. Washington DC. 20500

5.)What you want the court to do for you.Troy file Forma Pauperis see Perkins v Hendricks 340f 3d.582. 582(8th cir 2003) Kolocotronis v. Morgan 247f.3d726 *8th cir. 2001)mental Patients do not have to pay filing fee or cost and see Constitutional rights taken . all officer can be sued and punished for they wrong doing Article 1 3 (7) and Articles 2 4 and see conspiracy Tampering , Concept and conflict and interest(MPC 5.037) 5.02(2) 224.4.4 and 341. 8; 18usca 203. 1512and 1365 all in A Conspiracy are reliable for all offenses committed in Accessory to it, Investigate Prosecuting

6) Previous case filed dismissed 9-19-12 failure to prosecute In the 13th. Judicial circuit court Callaway county mo .10 E 5th. St. Fulton mo. 65251

7)Claim see Kellogg v Kellogg (app Ed. 1999)sw 2d.681 tolling don't run with A medical diagnosis and A Guardian that Troy have. And Troy have A medical diagnosis of schizophrenia and receive disability and was diagnosed with Dysarthria Brain damage . Perpetrator Woody Howard AT,T phone co. owner sent defendant 25,000 Googol dollars over A bugging device Woody Howard embedded on Troy in 1997 by RN. Timothy Hess at the SMMHRC Farmington mo. I like to sue for collection on account for the total amount and Connell give Representive Idlib Omar ¾ of interest of interest collected on the 25,000 Googol dollars. defendant have A receiver to Troy Transmitter Howard embedded by hire .Connell would not do anything Troy asked Reid to do. Connell said on TV. Negros should not get any money for slavery because they are free and we had A negro President

I declare under penalty of perjury the foregoing is true and correct

This----------------------day of 2019 -------------------signature-----------------

Troy Williams
Vs.
Hope Turner ETAL
Individual Capacity

1.) Place of confinement NMPRC 3505 Frederick Ave. St. Joseph M.O. 64506
2.) Place of Register #8999
3.) I like Judge to hear case
4.) Defendant address nmprc 3505 Frederick ave. St Joseph, MO. 64506
5.) What you want the court to do for you. Troy file Forma Pauperis see Perkins v Hendricks 340f 3d. 582. 582(8th cir 2003) Kolocotronis vs Morgan 247f.3d726 (8th cir 2001) mental patients do not have to pay filing fee or cost and see Constitution rights taken. All officer can be sued and punished for they wrong doing Article 1 3 (7) and Article 2 4 and see conspiracy tampering, contempt, conflict and interest (MPC)5.02(2) 224.4 and 341.8; 18 U.S.C. 203.1512 and 1365 all in a conspiracy are liable for all offenses committed in accessory to it, investigate prosecuting.
6.) Claim Perpetrator Woody Howard AT&T Phone CO. owner. Sent defendant one trillion dollars, I'm suing for collection on account for 200 billion dollars. Howard sent defendant over a bugging device, Howard embedded on Troy by hiring RN Timothy Hess at the SMMHRC Farmington, MO. 1997 sent upon Troy request to show defendant I was bugged over the transmitter to Howard receiver that can read Troy mind.
7.) This civil action Authorized by 42 U.S.C. section 1983 to redress the deprivation under the color of law in the state of Missouri. Of right secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. section 1331 and 1343(A)(#) plaintiff declaration relief pursuant to 28 U.S.C. section 2201 and 2202 Plaintiff claim for injunctive relief are authorized by U.S.C. 2283 and 2284 and rule 65 of the federal rules of civil procedure.
8.) The 16th circuit court of Jackson county MO. Is the appropriate venue under 28U.S.C. 1391(b) because it is where the events giving rise to this claim occurred.
9.) Plaintiff Troy Williams is and was at all times 8 years here in a ward of the state of Missouri. In custody at N.M.P.R.C. in St Joseph, MO.
10.) Used the N.M.P.R.C. Grievance form and they did not even answer the grievance.
11.) The denial of cash rightfully Troy's and medical service for cuts to clone Troy Williams per medical director James b. Reynolds was cruel and unusual punishment 8th amendment of the constitution of the united states. Then treat Troy for Persecutory delusion Reynolds gave a double shot of invega which had side effects of Dysarthia Brain damage and a brain injury while incarcerated by hired RN Timothy Hess. Reynolds shot contribed to brain damage, denial of Troy to use the Law Library and Xerox copies and Petition the court and no memory on the computer.
12.) Praying wherefore plaintiff respectfully prays that this court enter judgment granting plaintiff.
13.) Want a fair settlement diagnosis stop holding Troy Williams for something happened 35 years ago Evaluation trying to get troy Williams acquitted lawyer refuse to let troy see evil. Troy life is in danger plus removes aitipsychotric medicines at once and subpoena Troy to court Oct 2nd, 2019 the hospital staff will not let troy appear.
14.) Additional relief this court deems just, proper and equitable.

15.) Additional relief this court deems just, proper and equitable

I declare under penalty of perjury that the foregoing is true and correct.

On This __________ Day Of _______________ Signature_______________________

Troy Williams
Vs.
Medical DR. Debbie Bryan ETAL
Individual Capacity

1.) Place of confinement NMPRC 3505 Frederick Ave. St. Joseph M.O. 64506
2.) Place of Register #8999
3.) I like Judge to hear case
4.) Defendant address NMPRC 3505 Frederick ave. St Joseph, MO. 64506
5.) What you want the court to do for you. Troy file Forma Pauperis see Perkins v Hendricks 340f 3d. 582. 582(8th cir 2003) Kolocotronis vs Morgan 247f.3d726 (8th cir 2001) mental patients do not have to pay filing fee or cost and see Constitution rights taken. All officer can be sued and punished for they wrong doing Article 1 3 (7) and Article 2 4 and see conspiracy tampering, contempt, conflict and interest (MPC)5.02(2) 224.4 and 341.8; 18 U.S.C. 203.1512 and 1365 all in a conspiracy are liable for all offenses committed in accessory to it, investigate prosecuting.
6.) Claim see Kellogg vs Kellogg (appEd. 1999) sw 2d.681 someone told Troy tolling don't run with the guardian I have and diagnoses of Schizophrenia lead to receiving disability income in 1987. Claim perpetrator Woody Howard ATT phone co. owner sent defendant two google. One billion dollars upon troy request over a bugging device Howard embedded on troy by hire in 1997 defendant told troy she purchased 10,000 acres of land 70 miles out. She will hand over to troy I like one google and 10,000 acres. Troy sent Bryan money to assess why the cut scars she seen in troy crack was done by hire and James b. Reynolds declined Bryan to assess troy when troy get cut to gather body tissue to grow on dish for bodyparts and slaves by Howard hire. Troy wake up call Toby Keith sayin song how do you like me now. I have to suffer when I get cut. Troy have 40 notes of gather body tissue to clone.
7.) This civil action Authorized by 42 U.S.C. section 1983 to redress the deprivation under the color of law in the state of Missouri. Of right secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. section 1331 and 1343(A)(#) plaintiff declaration relief pursuant to 28 U.S.C. section 2201 and 2202 Plaintiff claim for injunctive relief are authorized by U.S.C. 2283 and 2284 and rule 65 of the federal rules of civil procedure.
8.) The 16th circuit court of Jackson county MO. Is the appropriate venue under 28U.S.C. 1391(b) because it is where the events giving rise to this claim occurred.
9.) Plaintiff Troy Williams is and was at all times 8 years here in a ward of the state of Missouri. In custody at N.M.P.R.C. in St Joseph, MO.
10.) Used the N.M.P.R.C. Grievance form and they did not even answer the grievance.
11.) The denial of cash rightfully Troy's and medical service for cuts to clone Troy Williams per medical director James b. Reynolds was cruel and unusual punishment 8th amendment of the constitution of the united states. Then treat Troy for Persecutory delusion Reynolds gave a double shot of invega which had side effects of Dysarthia Brain damage and a brain injury while incarcerated by hired RN Timothy Hess. Reynolds shot contribed to brain damage, denial of Troy to use the Law Library and Xerox copies and Petition the court and no memory on the computer.
12.) Praying wherefore plaintiff respectfully prays that this court enter judgment granting plaintiff.
13.) Want a fair settlement diagnosis stop holding Troy Williams for something happened 35 years ago Evaluation trying to get troy Williams acquitted lawyer refuse to let troy see evil. Troy life is in danger plus removes aitipsychotric medicines at once and subpoena Troy to court Oct 2nd, 2019 the hospital staff will not let troy appear.
14.) Additional relief this court deems just, proper and equitable.

I declare under penalty of perjury that the foregoing is true and correct.

On This __________ Day Of _______________ Signature________________________

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Appoint a Lawyer, file case and that right and justice be administered

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 6 day of April, 2020.

Signature(s) of plaintiff(s)

Two Pina Coladas by Garth Brooks written by Jimmy Neal Bigerstaff

I was feelin the blues, when this fells came on the TV,He said I'm tellin you,That Science has proven that heartaches are healed are healed by the sea, that got goin without even knowin, I packed right up and drove down, now I'm on A roll and I swear to my soul, Tonight I'm gonna paint this Town,So bring me two pina coladas one for each hand, Let's set sail with captin Morgan and never leave dry Land, Troubles I forgot 'em , I buried 'em in the Sand, So bring me two pina coladas she said good-bye to her good timin man,Oh now I'v gotta say that the wind and the moon winkin down at me, Eases my mind by leavin behind the heartaches that love often brings,Now I'v got A smile with no inclination to roam, I'v gotta say that I think I've gotta stay, cause is feelin more like home.

Information Jimmy neal Bigerstaff wrote this song TELLING HOW HE RAPED MY MOTHER Gladys Williams Jimmy ay he cause her death. Mother died A year later with Colon Cancer and Daddy told me on the phone the last time I talk to him Jimmy Poison him.Daddy committed suicide . and Jimmy advertise for Atkin Carper cleaner out of Columbia mo. Jimmy asking AT,T owner Woody Howard to kill me.. Woody bugged me and can se me through my right Eye and hear everything I think and say like most important people can help me because they are breaking the law them self. Jimmy gave one of my wives one Quattuortrigintillion dollars with 105 zeros

Rodeo by Garth Brooks written by Jimmy Neal Bigerstaff

His Eyes are cold and restless, His wounds have almost healed , And she'd give half of Texas ,Just to change the way he feels Well its bull and blood it's dust and mud, It's the roar of A Sunday Crowd, It's the White I his Knuckles the Gold in the Buckle, He'll win the next go round, She does her best to hold him when his love comes to call, but his need for it control his and her back's against the wall, and it's so long I'll see you, When it's time for him to go you know the woman wants he cowboy like he wants his Rodeo, It's drive A cowboy crazy it'll drive A man insane, and he'll sell off everything he owns just to pay to play her game,ansd A broken home and some broken Bones ,Is all he'll have to show for all the years that he spent chasin ,This dream they call rodeo well it's Bull and blood it's sand and mud.

RODEO BY GARTH BROOKs

His eyes are cold and restless
His wounds have almost healed
And she'd give half of texas
Just to change the way he feels
She knows his love's in Tulsa
And she knows he;s gonna go
Well it ain;t no woman flesh and blood
It's that damned old rodeo

Well it's bull and blood it's dust and mud
It's the roar of a Sunday crowd
It's the white in his knuckles the gold in the buckle
He'll win the next go ; roud it's boots and chaps
It's cowboy hats its spurs and latigo
It's the ropes and the reins and the joy and the pain
And they call the thing rodeo

She does her best to hold him when his love comes to call
But his need for it controls him and her back;s against the wall
And it's so long girl I'll see you
When it's time for him to go you know the woman wants her cowboy
Like he wants his rodeo

Well it's bulls and blood it's dust and mud
It's the roar of a Sunday crowd
It's the white in his knuckles the gold in the buckle
He'll win the next go ;round it's boots and chaps
It's cowboy hats it's spurs and latigo it's the ropes and the reins
And the joy and the pain and they call the thing rodeo
It's drive a cowboy crazy it'll drive the man insane
And he'll sell off everything he owns just to pay to play her game
And a broken home and some broken bones
Is all he'll have to show for all the years that he spent chasin;
This dream they call rodeo wellit;s bull and bloodit;sand mud
It's the roar of a Sunday crowd it's the white in his knuckles
The gold in the buckle

| | |
|---|---|
| | TAG<br><br>**Sides face, grand square**<br>Just to satisfy your fourteen karat mind |
| **Lyrics**<br><br>full page | Lyrics are provided for informational and educational purposes only. Lyrics are subject to all U.S. copyright laws and remain property of their respective owners.<br><br>**Fourteen Carat Mind** Lyrics ID: 863<br><br>I still recall the morning that I met you<br>Standing out in front of Wilson's five and dime<br>Staring through the window at the jewelry<br>Hungry for the things you couldn't buy<br>Just like a fool I thought that I could please you<br>I saw you had an eye for things that shine<br>I paid seven saw mill dollars for a bracelet<br>Just to satisfy your fourteen carat mind.<br><br>CHORUS<br>Layin' by these railroad tracks in Denver<br>With a hurtin' head and a half a pint of wine<br>Everything except my soul has been surrendered<br>Just to satisfy your fourteen carat mind.<br><br>The cabin that I built in West Virginia<br>Was not enough to keep you satisfied<br>'Cause a man that's got a saw mill occupation<br>Can't afford to feed a rich girls' appetite<br>I wonder if you're still with Willie Jackson<br>Sometimes I wonder if he's still alive<br>Ol' Willie he gave up his wife and children my Father name Willie<br>[redacted]<br><br>CHORUS<br><br>Lyrics by Dallas Frazier and Larry Lee.<br>Recorded by Gene Watson. |
| **Comments**<br><br>Add Comments | |
| **Copies** | 2 |
| **Vic's Rating** | 4 (good) |
| **Bpm** | 129 |
| **Duration** | 3:45 |
| **Media** | 45 rpm vinyl |

ID: 3639 edit delete view

| | |
|---|---|
| **Home:** | Square Dance Resource Net |
| **Databases:** | Articles Callers and |
| **Special Events:** | AACE Kirkwood C3/ |
| **Products:** | Definition Books Ce |
| **Choreography:** | Choreography Database<br>Animation Caller Nc |
| **Definitions and Lists:** | Definitions Flash Ca |
| **Vic and Family:** | Vic Ceder - Square Dance |

Defendant Jimmy real Biger Stoff took Song writer wife. Jimmy Rape mother/ Poison Daddy because Jimmy Thought I wanted The Song writer wife

George Jones - Hotter Than A Two Dollar Pistol Lyrics

I stopped off at the Quicksack for some beer and cigarettes
The old man took my money as he stared at my Corvette
He said, I had one just like her son, in 1963
Till the man down at the bank took her from me
Son she was hotter than a two dollar pistol
Chorus She was the fastest thing around
Long and lean, every young man's dream
And she turned every head in town
She was built and fun to handle son, I'm glad you dropped in
She reminds me of the one I loved back then
So I handed him the keys and said, "Here take her for a spin"
The old man shook his head and then he looked at me again and grinned
He said, "Georgia don't think you understand it ain't
your little car I want
It's the brunette in [Incomprehensible] that's turnin' me on
Lord she was hotter than a two dollar pistol
Chorus She was the fastest thing around
Long and lean, every young man's dream
And she turned every head in town
She was built and fun to handle son, I'm glad you dropped in
She reminds me of the one I loved back then
[Incomprehneisble] she was hotter than a two dollar pistol
She was the fastest thing around
Long and lean, every young man's dream
And she turned every head in town
She was built and fun to handle son, I'm glad you dropped in
She reminds me of the one I loved back then
She reminds me of the one I loved back then

Defendant Jimmy neal Bigerstaff took
Songwriter wife Jimmy Rape mother
poisen Daddy Jimmy wrote Song by
Garth Brooks Two Pina Coladas Lyrics I
burieden in the Sand. Jimmy thought
I wanted Song writer wife

Papa [illegible] by Garth Brooks | Jimmy Reed Bregenhaff wrote

Papa drove a truck nearly all his life
You know it drove mama crazy being a trucker's wife
The part she couldn't handle was the being alone
I guess she needed more to hold than just a telephone
Papa called Mama each and every night
Just to ask her how she was and if us kids were alright
Mama would wait for that call to come in
When Daddy'd hang up she was gone again

Mama was a looker
Lord, how she shined
Papa was a good'n
But the jealous kind
Papa loved Mama
Mama loved men
Mama's in the graveyard
Papa's in the pen

Well it was bound to happen and one night it did
Papa came home and it was just us kids
He had a dozen roses and a bottle of wine
If he was lookin' to surprise us he was doin' fine
I heard him cry for Mama up and own the hall
Then I heard a bottle break against the bedroom wall
That old diesel engine made an eerie sound
When Papa fired it up and headed into town

Well the picture in the paper showed the scene real well
Papa's rig was buried in the local motel
The desk clerk said he saw it all real clear
He never hit the brakes and he was shifting gears

Mama was a looker
Lord, how she shined
Papa was a good'n
But the jealous kind
Papa loved Mama
Mama loved men
Mama's in the graveyard
Papa's in the pen

Well I'm shameless when it comes to loving you
I'll do anything you want me to
I'll do anything at all.

And I'm standing here for all the world to see
Oh baby, that's what's left of me
Don't have very far to fall

You know now I'm not a man who's ever been
Insecure about the world I've been living in
I don't break easy, I have my pride
But if you need to be satisfied

I'm shameless, oh honey, I don't have a prayer
Every time I see you standin' there
I go down upon my knees.

And I'm changing, swore I'd never compromise
Oh, but you convinced me otherwise
I'll do anything you please.

You see in all my life I've never found
What I couldn't resist, what I couldn't turn down
I could walk away from anyone I ever knew
But I can't walk away from you.

I have never let anything have this much control over me
I work too hard to call my life my own
And I've made myself a world and it's worked so perfectly
But it's your world now, I can't refuse
I've never had so much to lose
Oh, I'm shameless.

You know it should be easy for a man who's strong
To say he's sorry or admit when he's wrong
I've never lost anything I've ever missed
But I've never been in love like this.

God It's out of my hands.

I'm shameless, I don't have the power now
I don't want it anyhow
So I got to let it go.

Oh, I'm shameless, shameless as a man can be
You make a total fool of me
I just wanted to you to know.

Oh, I'm shameless, I just wanted you to know
Oh, I'm shameless, Oh, I'm down on my knees

shameless

Cowboy Lyrics.com
Country Lyrics and Tabs Source

Garth Brooks - What She's Doing Now Lyrics

SITE MENU

Request Lyrics, Tabs
Add/Correct Lyrics
Links Page

MERCHANDISE

Country Music CDs
Country Sheet Music

WE RECOMMEND

Top 50 Lyrics
More Tablatures
Newest Lyrics
Medical encyclopedia
More Song Lyrics
Absolute Lyrics
Lyrics
Song Lyrics

BROWSE LYRICS AND TABS BY ARTIST/BAND NAME:

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

SEARCH HERE:

Go

# Garth Brooks, What She's Doing Now Lyrics

**Looking for Garth Brooks tabs and chords? Browse alphabet (above).**

Garth Brooks Sheet Music
Garth Brooks CDs

Artist: Brooks Garth
Song: What She's Doing Now
Album: Ropin' The Wind

Send "What She's Doing Now" Ringtone to Cell Phone

Last time I saw her it was turnin' colder
But that was years ago
Last I heard she had moved to Boulder
But where she's now I don't know
But there's somethin' 'bout this time of year
That spins my head around
Takes me back makes me wonder
What she's doin' now

'Cause what she's doin' now is tearin' me apart
Fillin' up my mind and emptyin' my heart
I can hear her call each time the cold wind blows
And I wonder if she knows...what she's doin' now

Just for laughs I dialed her old number
But no one knew her name
Hung up the phone sat there and wondered
If she'd ever done the same
I took a walk in the evenin' wind
To clear my head somehow
But tonight I lie here thinkin'
What she doin' now

'Cause what she's doin' now is tearin' me apart
Fillin' up my mind and emptying my heart
I can hear her call each time the cold wind blows
And I wonder if she knows

What she's doin' now is tearin' me apart
Fillin' up my mind and emptying my heart
I can hear her call each time the cold wind blows
And I wonder if she knows...what she's doin' now

[ More Brooks Garth Lyrics ]

Send "What She's Doing Now" Ringtone to Cell Phone

**Album Lyrics: Ropin' The Wind [2000]**



**Brooks Garth**
"Ropin' The Wind"
Buy from Amazon.com

1. Garth Brooks - Against the Grain
2. Garth Brooks - Rodeo
3. Garth Brooks - What She's Doing Now
4. Garth Brooks - Burning Bridges
5. Garth Brooks - Papa Loved Mama
6. Garth Brooks - Shameless
7. Garth Brooks - Cold Shoulder
8. Garth Brooks - We Bury the Hatchet
9. Garth Brooks - In Lonesome Dove
10. Garth Brooks - The River

© 2009 cowboylyrics.com

All lyrics are property and copyright of their owners. All lyrics provided for educational purposes only.

Troy Williams
Vs.
Karen Digh ETAL
Individual Capacity

Place of confinement NMPRC 3505 Frederick Ave. St. Joseph M.O. 64506

What you want the court to do for you. Troy file Forma Pauperis see Perkinsv Hendricks 340f 3d. 582.582(8th cir 2003) Kolocotronis vs. Morgan 247f.3d726 (8th cir 2001) mental patients do not have to pay filing fee or cost and see Constitution rights taken. All officer can be sued and punished for they wrong doing Article 1 3 (7) and Article 2 4 and see conspiracy tampering, contempt, conflict and interest (MPC)5.02(2) 224.4 and 341.8; 18 U.S.C. 203.1512 and 1365 all in a conspiracy are liable for all offenses committed in accessory to it, investigate prosecuting. Claim see Kellogg vs Kellogg (app Ed. 1999) sw 2d.681

Claim Karen Digh violate Troy 1stamendment right to petition the court and 8th cruel punishment. Defendant Digh deny Troy access to the law library see Lewis vs. Casey damages to get proper forms to file a small claim case and Troy had nothing to work with cause to ban Troy from using small court for a year didn't have paper copies to prepare a proper case, Did it 3/22/19 by small claim. Troy have to suffer being cuts in between Troy buttocks to gather skin to grow on a dish. Talk show host Jim BoHann on 68 radio said clones of these people are used for body parts to and can clone a dog for 50,000 and a cat for 25,000 at myfriend.com Digh deny Troy to petition the court to file cases I have to ventilate out. Troy like not to pay room and board, being treated for reporting abuse one evaluation for Troy will be acquitted found competent twice. Lewis vs. Casey give access to the court Digh deny rights. People Troy sent money to did Troy like Digh did get me in trouble when Troy try to settle out of court, by phone or letter. Being treated for persecutor delusion for reporting abuse and try to petition court holding Troy illegally like not pay to stay, being held no basic problems.

This civil action Authorized by 42 U.S.C. section 1983 to redress the deprivation under the color of law in the state of Missouri. Of right secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. section 1331 and 1343(A)(#) plaintiff declaration relief pursuant to 28 U.S.C. section 2201 and 2202 Plaintiff claim for injunctive relief are authorized by U.S.C. 2283 and 2284 and rule 65 of the federal rules of civil procedure. Is the appropriate venue under 28U.S.C. 1391(b) because it is where the events occurred.

Plaintiff Troy Williams is and was at all times 8 years here in a ward of the state of Missouri. In custody at N.M.P.R.C. in St Joseph, MO.

I declare under penalty of perjury the foregoing is true and correct.

5-22-20 [signature]

There Are Two Packages to this case See other Letter

# Missouri Protection & Advocacy Services

*A Public Interest Law Firm Since 1977*

P. O. Box 37
Maryville, MO 64468-0037
phone: (660) 562-8101 or toll free (866) 962-8101
fax: (660) 562-8102
website: www.moadvocacy.org
TDD users call Relay Missouri at (800) 735-2966

Shawn T. de Loyola
Executive Director
Daniel Cayou, *Esq.*
Director of Advocacy Services
Betty K. Farley
Director of Advocacy Administration

Susan K. Eckles, Managing Attorney
Lisa M. Sutherland, Staff Attorney III
Amanda D. Anthony, Staff Attorney II
Karin A. C. Spradlin, Staff Attorney II
Michelle R. Albano, Staff Attorney II

Board of Directors
Susan Pritchard-Green, Chair, Jefferson City
Sharon Williams, Esq., Vice Chair, Lee's Summit
Tom Pirmantgen, Esq., Secretary/Treasurer, PAIMI Advisory Council Chair, New Bloomfield
Larry Daniels, Florissant
Barbara French, Beulah
Katharine Kinder, Boonville
Gloria McGill, St. Louis
Jason Mize, Columbia
Joe Wrinkle, Independence

PAIMI Advisory Council
Tom Pirmantgen, Esq., Chair, New Bloomfield
Jenise Woolf, Vice-Chair, St. Louis
Tiffany Butler, Richmond Heights
Larry Daniels, Florissant
Brad Hutchison, Jefferson City
Katharine Kinder, Boonville

Funding for Programs Provided by:
Administration on Developmental Disabilities
Health Resources & Services Administration
Rehabilitation Services Administration
Center for Mental Health Services
Social Security Administration

May 19, 2016

Troy Williams
C/O NMPRC
3505 Frederick Avenue
St. Joseph, MO 64506

Re: Case Closure PAIMI 15-123

Dear Mr. Williams,

This letter is to inform you Missouri Protection & Advocacy Services (Mo P&A) is closing your case effective today. I am closing your case because the goal of your case, to assist you in understanding your rights regarding legal paperwork and library privileges, has been met. As we discussed today, you have library access commiserate with your level (Red). If you achieve Purple level and are not allowed access with your peers, please call our application unit to inquire about opening a new case. You are restricted by your guardian from making copies on you own, and accessing the law library. If you needs copies, or have legal questions, you should speak with your attorney. You confirmed that you have an attorney that you work with named Jim Dowen.

It has been a pleasure being of service. Thank you for choosing Mo P&A. I wish you success in your future endeavors.

The case file will be retained by our agency for three years, after which time it will be

If you feel you need the services of Mo P&A in the future, you may make an application with the Application Unit at 1-800-392-8667.

Respectfully,

Amy Gessert
Advocacy Specialist III

Cuts between Troy came to gather skin to Clams

NAME, HOSPITAL NUMBER, SEX

STATE OF MISSOURI
DEPARTMENT OF MENTAL HEALTH
**PROGRESS NOTES**

001 06 27 49 4
WILLIAMS, TROY

[illegible]/02/1955 B/M
STATE ID 3909

| DATE / TIME | PROBLEM NUMBER | |
|---|---|---|
| | | Nursing Note: Client received a 10 token fine |
| 2-19-09 6:45pm | NG | @ 645 pm for direct cursing to staff after |
| | | not earning for current events because he |
| | | showed up late to group. [signature] SSA |
| 2-22-09 | 1 | RN Note = Troy asked me to look at "Cut" behind leg on his Buttock should by |
| 9:40 am | NSG | just Before supper meal yesterday evening = pink Dry area approximately |
| | | 8-10 cm in Diameter & Cut after taking his shower. He went to supper |
| | | and allowed me to go look at it before I left for the day. Did not ask the |
| | | Float Nurse to look at it. Asked for dates it most recent other concerns |
| | | about "Blood" or Nurse looking at his "area". - Calm in asking for this information |
| | | Going about his usual Routine today. [signature] Williams RN. |
| 6-3-04 | 1 | RN Note - On 6-1-04 at around 3pm Williams looked at Troy's "cut" - |
| 3:10 pm | NSG | on Tail bone area and groin - The cut was near groin - 1½ inch long |
| | | skin separation line in left groin fold and he flipped over to his side |
| | | as looked at skin separation on coccyx about 1½ inch Above anus. This |
| | | "scratch" was also about 1½ inch long. He was not wearing underwear. Believes |
| | | They were not right and made him sterile - He has been asking me |
| | | Questions about it and is cut can you still make babies. [signature] Williams RN |
| 12-29-02 | NSG | RN NOTE: Client reported cut area on "rectum" and |
| 6:00pm | | requested nursing assessment. Client had a very |
| | | small, superficial excoriated area 1 cm in length x 1 mm |
| | | deep on perianal skin just superior to anus. No s/s of infection. |
| | | Client encouraged to keep area clean and wear undershorts under jeans |
| | | to prevent friction. [signature] |

MO 650-0503 (2-87)

PROGRESS NOTES

I have 18 Songs by Toby Keith telling Troy Williams And his buddies how Woody Howard I was told the owner For AT T Phone Co Perpetrator that Paid many People money upon Troy request Transmitted by Troy Transmitter Howard embeded on Troy 18 Songs by Toby And 10 by Tracy Lawrence And 4 by [illegible] Mines how Woody is Cloning. And make AntiPsychotrol meds to Kill Troy many People Suffer From. Digh dont want Troy to Compensate For her 2 trillion given

**Toby Keith Is That All You Got Lyrics**

This old heart didn't die
It's been broke by the best
But I made it out alive
When you laid our love to rest

Baby, it burned that corner got turned
And I'm doin' well these days
IU've got some stones so' girl, bring it on
What do you expect me to say

Is that all you got, is that all there is?
All you can hit me with?
Still standin' tall after the fall
Girl, is that all you've got to do?

Sit around
Tryin' to bring a cloud of rain my way
See I found out
I can sleep in on a stormy day

That sun's gonna shine and given the time
It'll be clear again
Out of the hole, back in control
And I took it square on the chin

Is that all you got, is that all there is?
All you can hit me with?
Still standin' tall after the fall
Girl, is that all you've got to give?

Is that all you got, is that all there is?
All you can hit me with?
Still standin' tall after the fall
Girl, is that all you've got to give?

In formation Woody Howard AT&T owner wrote Toby song asking is lyrics about cloning and rig medicine all I have to bring perpetrator to justice for try to kill Troy and brain damage.

TRACY LAWRANCE

BETTER MAN BETTER OFF
The hardest thing I'll ever do is walk away still loving you
But I'd give anything ik you loved me something;s just ain't meant to be
Can't say it's all been time lost
Gonna find my pride esteem get on with my life follow my dreams
Ain't lookin back
Learn from my mistakes once I've past this Heartache
I know when the hurtin stops I'll be A better Man Better off

Information Tracy Lawrance lyrics I'll be A better man better off. When Woody Howard sent only his kind of people money

I SEE IT NOW BY TRACY LAWRANCE

It's good to see your face again it's been awhile
how'm doing well I get by somehow
you sure look good since your new love came in your life
you know I didn't see that look in your eyes
and I never saw you dance with your feet off the Ground:oh I see it now

Information Tracy lyrics it's good to see your face. It's been A while seeing me in the Mirror through my eyes from AT;T owner Woody Howard bugging me and ,Oh I never saw that look in your ey. And I never saw you dance with your feet off the Ground. Saying De is going to hang me when I get out the Hospital.

TRACY LAWRANCE While you sleep

I don't say I love you quite enough I know
Sometimes I go for days I'm ashamed to say
The world moves so fast and the words come so slow
and I let those excuses get in my way
While you sleep sometimes I lie awake and watch you Breath
In the silence that surrounds the dead of night
Beat my soul that all the words sound right
I pray the lord our Heart to keep while you sleep

In formation Tracy lyrics while you sleep. Sometime I lie awake and watch you breath.seeing and hearing me talk and breath while I sleep. And put me fast asleep remote control.

**Toby Keith who's your Daddy**

Here you come knockin on my door
Tell me whats on you mind
I guess those College Girls all went home for the summer time
And you're lookin right lookin 'good like A woman should
So why is it so hard to find
A place to lay your pretty little head down once in A while
You run on A little tough luck baby
Don't you sweat it
Everything is waiting inside for you
you know I got it come and get it
Who's your Daddy ,who's your Friend
And who's that one guy that you come runnin to
When your love life stars tumlin?
I got the money if you got the honey
Let's cut A deal let's make A plan
You might've run on A little tough luck baby
Don't you sweat it
Everthing is waitin in side for you
you know I got it
so come and get it

Infornmation; see lyrics above say and who' the one Guy you runnin to when your love life start tumbling. How Perpetrator Woody Howard AT,T phone co. owner hired Kitchen worker Cindy Harris o poison Troy with Prume Juice for A year and gave me Prostate Cancer

**"Stays In Mexico" By Toby Keith**

His name was Steve, her name was Gina,
They met at a bar called the Cabo Wabo Cantina,
He was an insurance salesman from South Dakota,
She was a first grade teacher Phoenix, Arizona,
They started dancing and it got real hot,
Then it spilled over into the parkinglot,
One more Tequila they were falling in love,
One more's never enough
Don't bite off more that you can chew,
There's things down here the devil himself wouldn't do,
Just remember when you let it all go
What happens down in Mexico
Stays in Mexico
He woke up in the morning and he made a little telephone call,
To check on his wife and kids back home, in Sioux Falls,
She hopped right un the shower with a heavy, heavy mind,
He knew it was the first time Gina'd ever crossed that line,
They walked down to the beach and started drinking again,
Jumped into the ocean for a dirty swim,
One more margarita the were falling in love,
One more's never enough,
Don't bite off more that you can chew,
There's things down here the devil himself wouldn't do,
Just remember when you let it all go,
What happens down in Mexico,
Stays in Mexico,
Oh Mexico,
Waiting at the bar in the terminal gate,
She says, "Steve I've got to go, I'm gonna miss my plane,
He said, "One more tequila before you climb on up,

Information "His name was Steve, her name was Gina," telling the RN night manage name Steve the one that have a receiver to Troy transmitter and tell when Troy fall asleep and cut Troy to gather blood and body tissue to clone Troy, and lyrics "He woke up in the morning and he made a little telephone call", tell I use phone how Woody and I met Woody tap my family phone and Toby say talk about your Grandma down in Alabama where she lived and her name was Gina, Troy sent 22 trillion Woody started after RN Timothy Hess stole Troy wallet and get her address

CRYIN: FOR ME BY TOBY KEITH

Got the news on Friday morning;
But A tear I couldn't find
You showed me how I' supposed to live
And you showed me how to die I was lost till Sunday morning
I work up to face my fear
While writing you this goodbye song
I found A tear I' gonna miss that smile
I'm gonna miss you my friend
Even though it hurt the way it ended up
I'd do it all again
So play it sweet in Heaven
Cause that's right where you want to be
I'm not crying cause I feel so sorry for you
I'm crying for me. I got up and dialed your number
And your voice came on the line
With that old familiar message
I'd heard A thousand times it just said
Sorry that I missed you
Leave A message and God bless
I knew you think I'm crazy
But I had to hear to your voice again I'm gonna miss that smile

Information while writing you this goodbye song I found A tear, telling Troy ,Troy will dye for the things AT&T phone co. owner believed to be named Woody Howard done to Troy by damaging Troy Broca area of Troy Brain and poison Troy with Prune Juice and cause Troy Prostate cancer Howard work for the Government the geesle people are let Howard influence many people that have A receiver that can hear Troy think and talk over the Transmitter embedded on Troy by Howard. Howard benefitted off song Cryin for me.Troy will eventually die for progressive aphasia. By the Brain damage Howard hired R.N Wayne Mcclue to injure Troy Brain at the Fulton State Hospital. Howard have invented A Money Machine and have paid all Doctor and people that are to help Troy

HOW DO YOU LIKE ME NOW

I was always the crazy one
Who broke into the stadium
And I wrote your number
On the fifty yard line you were always the perfect one
And A valedictorian
So under your number I wrote
Call for A good time I only wanted to get your attention
But you over look me somehow
Besides you had too many boyfriends to mention
And I played my Guitar too loud How do you like me now
How do you like me now
Now that I'm on my way
Do you still think I crazy standing here today
I couldn't make you love me
But I always dreamed about living in your Radio
How do you like me now? When I took off to Tennessee
I heard you made fun of me
You never imagined I'd make it this far
Then you married into money Girl ain't it A cruel world
He took your dreams and tore them apart
He never comes Home and your always alone
And your kids hear you cry down the hall Alarm starts ringin who could that be singin
It's me with your wake up call How do you like me now

Information; But I always s dreamed about living in your Radio telling Troy got bugged in 1978. It's me baby with your wake up call; is about how Howard hire Hospital Staff to do dirty deeds dirt cheap to Troy AT,T phone co. Woody Howard telling his buddies. He was in on the first device embedded on Troy at the Helena hospital in 1978 that many people could hear Troy talk and Howard hired RN .Timothy Hess embed the second device on Troy that can hear Troy think and Talk. Howard have A receiver to Troy Transmitter. Perpetrator Howard made drug Risperdal with Troy DNA to give Troy Gingivitis to get troy to the hospital contracted dentist to drill tooth to drop A watch battery in the drill hole to run the machine Dentist Micheal Correale at leadington Missouri did the procedures. And Troy took the cap off Tooth and Howard had hired Troy wake up call to take off cap and fill to tooth Troy went to Dentist Micheal Wilson at the Fulton State Hospital .Wilson drill tooth to the Pulp and had to do A Root canal and Troy and Rn Cindy Workman observed Wilson drop Two clear plastic objects in the Canal to shock Troy Head there is enough Electric in the Brain to run A 10 watt light bulb. Howard ignited the shock to Troy head twice early morning Troy was sitting on ther bed remote control

**High Maintenance Woman by Toby Keith**

I see her layin' by the poolside every day
She ain't got a lot on
She ain't a lot to say

She wouldn't look my way
But, buddy what do you expect?
I'm just the fix-it-up boy at the apartment complex

And she'll go out dancin' bout 7:15
Climb into the back of a long limousine
I know where she's goin'
She's going downtown too, and take a look around

She's my baby doll
She's my beauty queen
She's my movie star
Best I ever seen
I ain't hooked it up yet
But I'm tryn; hard as I can
It's just a high maintenance woman
Don't want no maintenance man

I'm just sittin' round waitn' on a telephone call
After water pipe exploded In the living room wall
If your washer and dryer need a repair
You know the handyman's waitin'
And he'll be right there

Twenty-four hours
Seven days a week
If it's clogged up or maybe startin' to leak
Just ring up my number, baby, give me try a try
You know I got all the tools
And I can satisfy

Information lyrics she's my baby doll she's my beauty queen she's my movie star I ain't hooked it up yet But I'm tryn; hard as I can, relating to clones since 1997. Lyrics I'm just sittin' round waitn' on a telephone call Woody Howard AT&T Phone CO owner waitin for Troy to call someone.

**Go With Her By Toby Keith**

Yeah dadyy said 'Son, I'm sorry
You and Sheena ain't getting along
And if she's so dead set on leaving you boy
Why ain't she Already gone?"
Yeah, ya better break out some sweet talking
Cause I promise you you're gonna miss her,
And I know what I'd do if my baby left me,
Id pack up my things and go with her

You don't stay with the one you can live with,
It's the one you can't live without,
It's that one that's got you tore up in pieces boy
It's that one you keep talkin about

Yeah prides a tough pill to swallow
It'll leave you lonely cold, and bitter
So what you need to do
If he's gonna leave you
You better pack up and go with her

Daddy said son, I'm through preachin
I said all I'm gonna say
And if you love her as much as I think you do,
You're a fool if she gets away
She can go anywhere that she wants to
Don't give up, no don't quit her
Just do like I did when you're mama left me
Hell I just packed up and went with her

You don't say with the one you can live with,
It's the one you can't live without
Its that one that's got you tore up in pieces boy
It's that one you keep fretting about
Prides a tough pill to swallow
It'll leave you lonely cold, and bitter

Information perpetrator wrote toby song Howard woody made drug Risperdal to kill Troy with Troy DNA. Troy was force to take AT&T phone CO owner invention medicine tell pride a tough pill to swallow It'll leave you lonely cold, and bitter, tells the mental ill is forced to take bitter legal drugs Howard made for Troy.

**Rock You Baby By Toby Keith**

Met you in a café
At a table meant for two
You were sitting by your lonesome
When I sat down with you
Tried hard not to show it
But couldn't help but see that you wore your broken heart out on your sleeve
And your loneliness could not disguise.

CHROUS

I'm gonna rock you baby to sleep, I'm gonna make you crazy over me
I'm gonna hold you like you've never been held before
And love you till you tell me you can't love anymore
I'm gonna shake your emotion right down to your soul
And then I'm gonna love you all over in and out of control
If this is how love is supposed to feel
Baby I know I've fallen head over heals
I'm gonna rock you baby

Information tell how perpetrator Howard paid night shift to put Troy to sleep and come in Troy room and cut Troy in crack to get skin to clone Troy. AT&T CO. owner, put Troy fast asleep once staff hear Troy sleep remote control.

Oh, I feel you creeping, I can see it from my shadow, Wanna jump up in my Lamborghini Gallardo?Maybe go to my place and just kick it like Tae-bo, And possible bend you over look back and watch me, Smack that all on the floor, Smack that, give me some more,Smack that till you get sore, Smack that all on the Floor ,Smack that give me some more, Smack that till you get sore, Smack that, Oh-Oh,Up front style ready to attack now, Pull in the parking lot slow with the lock down,Convicts got the whole thing packed now,Step in the club now, and Wardrobe intact now, I feel it down and cracked now, I see it dull and backed now, I'm gonna call her , than I pull the mack down, Money is no problem , Pocket full of that now.

INFORMATION Eminem lyrics smack that relating to my clones He smack the Boy clone and sex the Girls and cloning woman when they get they listening device to hear me think and talk.A woman told me some did'nt get any. Pockets full of that now ,meaning since Woody Howard AT,T owner made it possible for rapper to benefit of lyrics and paid Eminem to terrify me

EMINEM I NEED A DOCTOR

I'm about to lose my mine,You've been gone for so long, I'm running ; otta time,I need A Doctor, Call me A Doctor,Ineed A Doctor, Doctor to bring me back to life,When I play It for ;em they just say it's wack, they don't know ,what Dope is and I don't know if I was awake when I wrote this ,All I know is you came to me when I was at my lowest, you picked me up, Breathed new life in me, I owe my life to you, But for the life of me, I don't see why don't see like I do, But it just dawned on me you lost A son, Demons fighting you, it's( dark) ,(Money is no problem now that I met you.)

INFORMATION about rapper Eminem lyrics I need A Doctor to bring me back to life and I'm about to lose my mine relating to AT,T owner Woody Howard injuring my brain the Cerebellum part of the brain cause me Dysarthria and Woody rigged Medicine Risperdal and made drug Invega ( Eye needle )That A sideeffect call Dysarthria and lyrics are about it just dawned on me you losted A son telling how Woody paid Eminem to terrorize me. And say he poison by Nephew Kenneth Williams in the military and gave him A brain Tumor and lyrics are the Veterans talk about they battle scars in song I love this bar.and lyrics Money is no problem now that I met you, since Woody brought this to Eminem

EMINEM, RHIANNA I LOVE THE WAY YOU LIE

Just gonna stand there and watch me burn, but that's all right because I love the way it hurts, Just gonna stand there and hear me cry, But that's alright because I love the way you lie.

INFORMATION Eminem lyrics Rhianna just gonna stand there and watch me burn but that's alright . meaning A man named Micheal Mathew cousin Rape mother one Day I came in mother House Mother said you ain't watching me close enough I left the house Rhianna said I was A coward for leaving the house after I seen Mathew with mother . Mathew poison mother with some Fish prior mother died with A colon cancer.Mathew burnied Mother house down Eminem say In song tie you up to the bed and burn the house down, when I left the house

EMINEM LOSE YOURSELF

Look, if you had one shot, or one opportunity, To seize everything you ever wanted. In one moment, Would you capture it, or just let it slip?yo,His Palms are sweaty, Knees weak, arms are heavy, There's vomit on his Weather already, Mom's Spaghetti, He's nervous, But on the surface he looks calm and ready to drop bombs, But he keep on forgetting what he wrote down, The whole crowd goes loud, HE opens his Mouth but the words don't come out, opportunity comes once in A life time, He grows further away from Home, He's no Father barely knows his own Daughter, Back to the Lab.

INFORMATION Eminem lyrics HE open his Mouth but the words don't come out How AT,T owner Woody Howard injured my Cerebellums in my brain. And said opportunity comes once in A life time,Say I'll never go back Home to the Lands of opportunity Arkansas after Woody told Eminem

TRACY LAWRANCE TIME MARCHES ON
Sister crying out from her Baby bed, Brother runs in Feathers on his Head

Moma in her Room learning how to sew, Daddy drink Beer listening to the Radio Hank Williams sing;s Goligio and dear John, and time marches on, time marches on Sister use rouge clear complexion soap, Brothers wareing Beads and he smokes a lot of dope Moma is depressed barely makes A sound, Daddy got A girlfriend in another town Bob Dillion sings like A rolling stone, and time marches on time marches on, South move north , north moves south A star is Born A star burns out. The only thing stay;s the same ,is everything changes everything change. Sister calls herself sexiesy Grandma, Brother on A diet high Cholestrol ,Moma out touch with re Daddy in the Ground beneath the Maple tree,As the Angle sing old Hank Williams
INFORMATIONTracy lyrics Hank Williams sing Golilo and Dear John relating to seeing me write to former atty. John Ashcroft that had A machine that could see me through my eyes and seen AT,T owner Woody Howard advertising the word regional..to overthrow the government with device

TRACY LAWRANCE Her old stumpin Groud
I know she'll be back matter where she been, cause her Heart doesn't notice when it breakin mines again
still sit here like A fool and watch the World go around, she come back to her old stumpin Ground
She can find her someone else to hold,She can even wake up in his arms
When its time to come in out the cold, she always ends up right here in my Heart
Her old stumpin ground, She thinks I don't hurt no she does have A clue
We say it was over she thought we were through
When it all falls to pieces in the new world that she found
When its time to come in from the cold
She always end up right here in my Heart
INFORMATION about Tracy lyrics named her old stumpin Ground relating to how Woody Howard AT,T owner cloning me and raping weman

TRACY LAWRANCE
BETTER MAN BETTER OFF
The hardest thing I'll ever do is walk away still loving you
But I'd give anything ik you loved me something;s just ain't meant to be
Can't say it's all been time lost
Gonna find my pride esteem get on with my life follow my dreams
Ain't lookin back
Learn from my mistakes once I've past this Heartache
I know when the hurtin stops I'll be A better Man Better off

Information Tracy Lawrance lyrics I'll be A better man better off. When Woody Howard sent only his kind of people moneyand when the hurtin stop meaning after Woody finish killing me . he'll better

I WANNA TALK ABOUT ME

Yeah yeah
That's right
We talk about your work how your boss is A jerk
We talk about your church and your head when it hurts
We talk about the troubles you've been having with your brother
About your daddy and your mother and your crazy ex- lover
We talk about your friend and the dimples on your chin
The polish on your Toes and the runs in your hose
And God knows we 're gonna talk about your clothes
You know talking about you make me smile
But every once and A while I wanna talk about me
Want to talk about number one
Oh my me my
What I think , what I like ,what I know what I want what I see
I like talking about you me we talk about your dreams and ewe talk about your schemes
Your high school team and your moisturizer cream
We talk about your nanna up in muncle, Indiana
We talk about your Grandma down in Alabama
We talk about your Guys of every shape and size
The ones that you despise and the ones you idolize
We talk about your heart, and about,your brains and your smarts
And your medical charts and when you start
you know talking about you makes me grin
But every now and then I want to talk about me
Want to talk about I
Want to talk about number one
Oh my me my
What I think what I like, what know, what want, what I see
I like talking about you, you, you, you usually, but occasionally
I want to talk about me

Information Lyrics we talk about your skin and the dimples on your chin relating to medicines perpetrator AT&T owner Woody Howard made drug Risperdal to give Troy acne scared Face and sing about how Howard ruin Troy Appearance. And we talk about your Grand ma down in Alabama where Grandma lived Howard taped Troy family phone hearing Troy talk over device Howard embedded on Troy by hire.can hear Troy think and talk and put Troy fast asleep once people hear Troy asleep. And pay staff to lie on Troy to keep Troy chart ruin

TRACY LAWRANCE IF THE WORLD HAD A FRONT PORCH

IT was where my moma sat on that old swing wither crochet
it was where Granddaddy taugh me how to cuss and how to pray
it was where we made our own ice cream those sultry summer nights
where the Bull dog had her Puppies and us Brother had our fights
there were many nights I'd sit right there and look out at the stars
to the sound of A distant Wippoowhill or the hum of A passing car
It was where I first got up the nerve to steal me my first kiss

INFORMATION Tracy lyrics about how people see me on tv;s and hear me think and talk and where the Bull dog had her puppies about tells about clonesAT,T phone co. owner wrote telling how he is cloning me

TRACY LAWRANCE STARS OVER TEXAS

As you lie in my arms Girl my Hearts on my sleeve
words come so hard in moments like these
there;s feeling I have that are so hard to show.
but right now there;s one thing I want you to know
as long as the tide ebb the earth turns the sun sets I promise I'll always be true
as long as there;s stars over Texas darkling I'll hang the moon for you
I know I have stumbled and caused you some tears

INFORMATION Tracy lyrics as you lie in my Arms Girl my Hearts onmy sleeve. Relating to me talking and thinking and calling me Girl. Can hear me think over the bugging device embedded on me by Woody Howard AT,T ownerand cause me some tears , hearing me crying and how he poison me

TRACY LAWRANCE AND BILLY JOEL

only the good die young

Come out virgina don't let me wait, You Catholic Girl start much too late
But sooner or later it come down to fate,I might as well be the one
They showed you A statue and told you to pray, They built you A Temple and locked you away
But they never told you the price that you pay, For things that you might have done
Only the Good die young

INFORMATION Tracy lyrics only the Good die young, relating to how AT,T owner Woody Howard gave me Prostate Cancer with poison , injecting above my anus documented pen holes why I was sit back 7 years I have 40 notes of cuts and scars in my crack where Woody is cloning me

ALAN JACKSON THAT"LL BE ALRIGHT

If money grow n hackberry trees, If times was,n,t such A luxury, If love was lovesick over me, That,ll be alright.<If O could keep the wind in my sails ,Keep the Tiger by the tail,A half A Ham Sandwich in my lunch pail, Yeah that,ll be alright, That;d be alright, If everybody everywhere , had A lighter load to bear, and A little bigger piece of the pie, We,d be livin us A pretty good life, And that,d be alright, Go heavy on the good and light on the bad, A hair more happy and A shade less sad,Turn all that negative down just A tad,If my dear old Dog never got old , If my Family Farm never got sold, If another bad joke never got told that,d be alright

INFORMATION about Alan lyrics are keep the Tiger by the Tail relating to I sent my Neighbor Paul Graham A lump sum of money for his Farm 800 acres. He like these people to keep my in mental Hospitals while cutting me in my crack to clone .He know if I get out I can get him Farm I bought at 6173 highway 79 west marr Ar 72368

HOW DO YOU LIKE ME NOW

I was always the crazy one
Who broke into the stadium
And I wrote your number
On the fifty yard line you were always the perfect one
And A valedictorian
(So under your number I wrote
Call for A good time) I only wanted to get your attention
But you over look me somehow
Besides you had too many boyfriends to mention
And I played my Guitar too loud How do you like me now
(How do you like me now)
Now that I'm on my way
Do you still think I' crazy standing here today
I couldn't make you love me
(But I always dreamed about living in your Radio)
How do you like me now? When I took off to Tennessee
I heard you made fun of me
You never imagined i'd make it this far
Then you married into money Girl ain't it A cruel world
He took your dreams and tore them apart
He never comes Home and your always alone
And your kids hear you cry down the hall Alarm starts ringin who could that be singin
It's me with your wake up call How do you like me now

Information; But I always s dreamed about living in your Radio telling Troy got bugged in 1978. It's me baby with your wake up call; is about how Howard hire Hospital Staff to do dirty deeds dirt cheap to Troy AT,T phone co. Woody Howard telling his buddies. He was in on the first device embedded on Troy at the Helena hospital in 1978 that many people could hear Troy talk and Howard hired RN .Timothy Hess embed the second device on Troy that can hear Troy think and Talk. Howard have A receiver to Troy Transmitter. Perpetrator Howard made drug Risperdal with Troy DNA to give Troy Gingivitis to get troy to the hospital contracted dentist to drill tooth to drop A watch battery in the drill hole to run the machine Dentist Micheal Correale at leadington Missouri did the procedures. And Troy took the cap off Tooth and Howard had hired Troy wake up call to take off cap and fill to tooth Troy went to Dentist Micheal Wilson at the Fulton State Hospital .Wilson drill tooth to the Pulp and had to do A Root canal and Troy and Rn Cindy Workman observed Wilson drop Two clear plastic objects in the Canal to shock Troy Head there is enough Electric in the Brain to run A 10 watt light bulb. Howard ignited the shock to Troy head twice early morning Troy was sitting on ther bed remote control

**Huckleberry by Toby Keith**

Just off of the two-Lane where the school Bus used to stop
Was A little Wooden A Frame with A yellow tin Rooftop
One day it was raining on this world
She said have you ever really ,really ever kissed A Girl

Baby I'll be your Huckleberry, you don't have to double dare me

If the storm get wild and scary count on me to be there
You 're so extra ordinary sweet like Maraschino Cherries
We'll grow up and we'll get Married I'
gonna be your Huckleberry

Later on that summer we went to the county fair
They had A brand new Roller coaster and everyone was scared
It was two bucks to experience thrill
She said come on boy let's get inline I'll ride it if you will

Baby I'll be your Huckleberry, you don't have to double dare me
If the ride get wild and scary count on me to be right there
You're so extra ordinary sweet like Maraschino Cherries
We'll grow up and we'll get married
I'm gonna be your Huckleberry

Snuck off on A slow dance at the Junior/Senior Prom
Went lookin for some romance before I had to get herHome
Steamin up the window of my car

Information Lyrics just off of the Two-lane where the School Bus used to stop. Was A little Wooden A Frame with A yellow tin roof top ,one day it was raining on this world ,She said have you ever really really kissed A Girl AT,T phone co. owner Woody Howard tells where Troy grow upin Troy Daddy Yellow House Moro Ar. How Howard was tortured Troy what Howard mean by raining kissing and Cloning Troy and they grow up and Howard say he is going to marry those three little Huckleberries

**How do you like me know? By Toby Keith**

I was always the crazy one
Who broke into the stadium
And I wrote your number
On the fifty yard line You were always the perfect one
And a valedictorian
So under your number I wrote
Call for a good time I only wanted to get your attention
But you over looked me somehow
Besides you had too many boyfriends to mention
And I played my guitar too loud How do you like me now
How do you like me now
Now that I'm on my way
Do you still think I'm crazy standing here today
I couldn't make you love me
But I always dreamed about living in your radio
How do you like me now?! When I took off to Tennessee
I heard that you made fun of me
You never imagined I'd make it this far
Then you married into the money girlAin't it a cruel and funny world
He took your dreams and he tore them apart
He never comes home and your always alone
And your kids hear you cry down the hallAlarm clock starts ringin' who could that be singin'
It's me baby with your wake up callHow do you like me now
How do you like me now
Now that I'm on my way
Do you still think I'm crazy standing here today
I couldn't make you love me
But I always dreamed about living in your radio
How do you like me now?!How do you like me now
How do you like me now
Now that I'm on my way
Do you still think I'm crazy standing here today
I couldn't make you love me
But I always dreamed about living in your radio
How do you like me now?!Tell Me Baby!
I will preach on!

Information: But I always dreamed about living in you radio; this is about how Troy got bugged in 1978. It's me baby, with your wakeup call; is about how Woody ran hospital staff to do his dirty deeds.

**Courtesy of the Red, White and Blue (The Angry American)**

American girls and American guys
We'll always stand up and salute
We'll always recognize
When we see Old Glory flying
There's a lot of men dead
So we can sleep in peace in peace at night when we lay down our head

My daddy served in the army
Where he lost his right eye but he flew a flag out in our yard
Until the day that he died
He wanted my mother, my brother, my sister and me
To grow up and live happy
In the land of the free

Now this nation that I love has fallen under attack
A might sucker punch came flyn' in from somewhere in the back
Soon as we could see clearly Through our big black eye
Man, we lit up your world
Like the fourth of July

Hey Uncle Sam put your name at the top of his list
And the Statue of Liberty started shakin' her fist
And the eagle will fly man, it's gonna be hell
When you hear mother freedom start ringin' her bell
And it feels like the whole wide world is raining down on you
Brought to you courtesy of the red white blue

Justice will be served and the battle will rage
This big dog will fight when you rattle his cage
And you'll be sorry that you messed with
The U.S. ofA.
'Cause we'll put a boot in your ass
It's the American way

Information Toby tells where his daddy served in the army where he lost his right eye relating to the camera Perpetrator Woody Howard believe is his name own AT&T Phone CO. embedded on Troy, can see through Troy left eye the buffon Howard is mean can see through left eye and soon we could see clearly through our big black eye.

**I love this Bar, By Toby Keith**

We got winners, we got losers,
Chain smokers and boozers.
An' we got yuppies, we got bikers,
An' we got , thirsty hitchhikers.
And the girls next door dress up like movie stars.
Mm, mm, mm, mm, mm, I love this bar.
We got cowboys, we got truckers,
Broken hearted fools and suckers.
An' we got hustlers, we got fighters,
Early birds and all nighters.
And the veterans talk about their battle scars:
Mm, mm, mm, mm, mm, I love this bar.I love this bar,
It's my kind of place.
Just walk in through the front door,
Puts a big smile on my face.
It ain't too far, come as you are.
Mm, mm, mm, mm, mm, I love this bar.I've seen short skirts, we've got high-techs,
Blue collar boys and rednecks.
An' we got lovers, lots of lookers,
An' I've even seen dancin' girls and hookers,
And we like to drink our beer from a mason jar:
Mm, mm, mm, mm, mm, I love this bar, yes I do!I like my truck, (I like my truck),
An' I like my girlfriend, ( I like my girlfriend),
I like to take her out to dinner,
I like a movie now and thenBut I love this bar,
It's my kind of place.
Just trolling around the dance floor,
Puts a big smile on my face.
No cover charge, come as you are.
Mm, mm, mm, mm, mm, I love this bar.
Mm, mm, mm, mm, mm, I just love this ol' bar

Information there are 23 K's in song "I love this bar" tell how att phone co-owner woody Howard kill Troy's nephew Kenneth Williams with a brain tumor. He would been a veteran talk about the battle scars. Toby say woody wrote end lyrics, "We got high techs." Scientists got Troy DNA and made these new drug to harm Troy the theme I love this bar telling how Woody kill Kenneth and stalked friend Gina Barr.

GARTH BROOKS TWO PINA COLADAS

I was feelin the blues, When this fells came on TV., He said I'm telling you , that Science has proven that Heartaches are healed by the sea, That got me goin without even knowin,I packed right up and drove down, Now I'm on A roll and I swear to my soul, Tonight I'm gonna paint this town, So bring me two pina colodas one for each hand, Let's set sail with Captain Morgan and never leave dry land , Trouble I forgot ;em, I buried ;em in the sand, So bring me two pina colodas she said good bye to her good timing man, Oh now I'v gotta say that the wind and the wave and the moon winkin down at me eases my mind by leaving behind the Heart aches that love brings, Now I'v got A smile with no inclination to roam, I'v gotta say that I think I'v gotta stay, cause this is feelin more and more like home

INFORMATION Jimmy tell how he rape Mother Gladys and poison Daddy.He committed suicide Lyrics say so bring me two pina colodasone for each hand. And let's sail with captain morganrelating to my mother Gladys Micheal Mathew wrote song give me A tickit to A areroplain lyrics my baby just wrote me A letter tell how Jimmy gave poison to give mother colon cancer micheal Mathew admitted poison kill her in song maybe iot was Memphis by Pam Tillis micheal also wrote song smoking in the boys room by Box Top 1974 Jimmy claim he handed over 8000 acres to my woman Kinda Jones

**HOW DO YOU LIKE ME NOW**

**I was always the crazy one**
**Who broke into the stadium**
**And I wrote your number**
**On the fifty yard line,You were always the perfect one**
**And A valedictorian**
**So under your number I wrote**
**Call for a good time 0only wanted to get your attention**
**But you over looked me some how Besides you had too many boyfriends to mention**
**And I played my Guitar too loud how do you like me now**
**How do you like me now**
**Now that I'm on my way**
**Do you still think** ***'m crazy standing here today***
***I couldn't make you love me***
***But I always dreamed about living in your Radio***
***How do you like me now? when I took off to Tennessee***
***I heard that you made fun of me***
***You never imagined I'd make it this far***
***Then you married into money Girl ain't it A cruel and funny world***
***He took your dreams and tore them apart***
***He never comes home and you always alone***
***And your kids hear you cry down the hall alarm clock starts ringin'who could hat be singin' It's me baby with your wakeup call ,how do you like me now***

***Information; But I always dreamed about living in your Radio, ,How do you like me now, First bugging in 1978 was How boing he saying AA,T phone company is his name I was told ,Saying it's me Baby with your with your wake up call, telling how Howard paid the Hospital worker to kill Troy and put A device embedded on Troy to hear Troy think and talk and tell when Troy and tell when Troy fall asleep and put Troy fast asleep and fix Troy so Troy can't wake***

**Bullets in the Gun By Toby Keith**

They used to call me lightening
I was always quick to strike
Had everything I own, In the saddles on my Bike
I had A reputation, For never staying very long
Just like A wild and restless drifter
Like A cowboy in A song I met A dark haired Beauty
Where they lay the Whiskey down ,In southern Arizona
In A little border Town,She had to dance for money
I dropped A dollar in the Jukebox
Played that Girl A tune, yea Never see it coming
Just hit you by surprise
It's that cold place in your Soul
and the fire in her eyes make you come together
Like wild fire in her eyes
Makes you come together
Like wild Horses when they run
Now the cards are on the Table and
The Bullets in the Gun She was sitting on my lap
We still had shots to kill
When A man pulled up, Who owned the bar
In A Cadillac Deville, He Grabbed her by the hair
And threw her on the floor said no free ride for the cowboy
That ain't what I pay you for She jumped up and and grabbed my Pistol
Stuck it in the fat man back
Said open up the safe
and put your money in the sack
Then tied his hands behind him, And Blindfolded his eyes
Said if you're dumb enough to chase us you dumb enough to die

Information Lyrics never see it coming it Just hit you by surprise. Telling how Woody Howard AT,T owner say he kill my Nephew Kenneth Williams Howard claim He did it . Kenneth Head started hurting Kenneth Died with A Brain Tumor Spoc on Star trex Told Troy A nigger Brain wrote something on The Black Market Spoc was working on the case Lyrics now the cards on the Table and the Bullets in the Gun. Howard tell how the electric in the Brain powerful enough to run A 10 Watt light Bulb That Howard egnite twice that Knocked Troy out remote control and Howard hear Troy when Troy fail asleep and remote control put Troy fast asleep Howard have A receiver to Troy Transmitter and can hear everthing Troy think and say.

T.I. What You Know

Gotta run and hit fo'?
Got you a yelling and I thought you put out a gun hit for
But you's a scary dude
Believed by very few
Just keep it very cool
Or we will bury you
See all that attitude's, unnecessary dude
Cause you never Carry Tools not even sweary qs
You got these people fooled, who see you on the tube
Whatever try the crew, they'll see you on the news

Don't you know I gotKey by the three when I chirp shawty chirp back
Louis nap sack
Where I'm holdin' all the work at

What you know about that?
What you know about that?
What you know about that?
Hey I know all about that

Information: Rapper T.I.(Calvin Harris) relative musician Ciara Harris found one of Troy companion Tiffany Evan. Tells Troy he know all about Tiffany. And how station and people homes can see Troy on TVs and everything in the room when Troy come around. By an object perpetrator Howard embedded on Troy body. Lyrics you got these people fooled who see you on the Tube (TVs)

# Rich Girl

Gwen Stefani

Na, na, na, na, na, na, na, na, na, na, na, na
Na, na, na, na, na, na, na, na, na, na, na, na

Na, na, na, na, na, na, na, na, na, na, na, na
Na, na, na, na, na, na, na, na, na, na, na, na

If I was a rich girl (na, na)
See, I'd have all the money in the world, if I was a wealthy girl
No man could test me, impress me, my cash flow would never ever end
Cause I'd have all the money in the world, if I was a wealthy girl

Think what that money could bring
I'd buy everything
Clean out Vivienne Westwood
In my Galliano gown
No, wouldn't just have one hood
A Hollywood mansion if I could
Please book me first-class to my fancy house in London town

All the riches baby, won't mean anything
All the riches baby, won't bring what your love can bring
All the riches baby,...

Information: Troy sent song writer a lump sum of money. She tells if she was a wealthy girl she'd have all the money in the world. If she was one of Troy girls. Because Troy sent Kimbley Dave enough money to buy the whole world in just one trip. To prove ATT phone is owner believed to be named Woody Howard the man hired Timothy Hess to embed a device on Troy can hear Troy think and talk and come in Troy room. Hear Troy Sleep remote control put Troy fast asleep.

**State of Missouri**
**Department of Mental Health**
**Individual Treatment and Rehabilitation Plan**

**Facility:** Northwest Missouri Psychiatric Rehabilitation Center
**Patient:** **Williams, Troy (595493450, 04/02/1956, Lincoln-1202-A)** **Birth Date:** 04/02/1956 **Age:** **63**

**Physician:** Bruce Parsa **Date of Admission:** 09/13/2011
**DMH ID:** 8999 **Account:** 595493450
**Living Unit:** Lincoln-1202-A

**Author:** Irby, Janis **Title:** Team Leader **Discipline:** Admin
**Electronically Signed by:** Crabb, Jason Team Leader **Date:** 01/29/2020 **Time:** 09:51
**To be Co-signed by:**
**Electronically Co-signed by:** **Date:** **Time:**

**Event Date:** 01/30/2020 **Time:** 09:30
**Created Date:** 06/27/2017 **Time:** 10:03
**Save as Final Date:** 01/29/2020 **Time:** 09:51 **Created eForm Date:** 11/15/2019 **Time:** 09:54

**Program:** CPS State Op Adult Inpatient - IMR

**Reason for Admission / Continued Stay:**

Mr. Williams is committed to the Department of Mental Health (DMH) from the Circuit Court of Pemiscot County as Not Guilty by Reason of Mental Disease or Defect (NGRI) on charges with Failure to Yield to an Emergency Vehicle, Resisting Arrest by Fleeing, and Failure to Obey Reasonable Request by the Highway Patrol, 1st Degree Assault with a Motor Vehicle, and Resisting Arrest by Means of Other than Flight. Karen Digh Allen, Callaway County Public Administrator, was appointed legal guardian on 06/04/07.

Reason for Continued Stay: Mr. Williams continues to experience persistent grandiose and persecutory delusions. Mr. Williams states people are cutting on his rectum and crack and he has "deep 1 1/2 inch" cuts and scars to prove it from notes that he has. Occasionally, he will focus on his beliefs and acts on them by filing lawsuits, writing harassing letters threatening litigation or wanting money, and making phone calls to accuse others or seek legal assistance. Despite medication compliance, he continues to exhibit these symptoms and behaviors that prohibit his progress towards discharge.

**Criteria for Discharge / Estimated Length of Stay:**

Mr. Williams will identify the behaviors that precipitated his admission into the DMH system as NGRI. He will acknowledge the connection between his mental illness and index offense that led to his admission. He will develop a recovery plan for his reintegration into the community with evidence of its implementation, which includes plans to reduce risky behaviors and to minimize the probability of a recurrence of any clinical or behavioral presentation similar to that which led to the commission of his index offense (he said he almost froze to death upon his index crime

**COVID-19 Resources**

Mayo Clinic is using its expertise to address the COVID-19 pandemic.

COVID-19 Information

Defendant name may be unknown believe to be named Woody Howard hire by Waynemcclue to injury the Brain cause Progressive aphasia medical Director Lonnes B Reynold denie diagnosis Troy

MAYO CLINIC

# Primary progressive aphasia

## Overview

Primary progressive aphasia (uh-FAY-zhuh) is a rare nervous system (neurological) syndrome that affects your ability to communicate. People who have it can have trouble expressing their thoughts and understanding or finding words.

Symptoms begin gradually, often before age 65, and worsen over time. People with primary progressive aphasia can lose the ability to speak and write and, eventually, to understand written or spoken language.

This condition progresses slowly, so you may continue caring for yourself and participating in daily life activities for several years after the disorder's onset.

Primary progressive aphasia is a type of frontotemporal dementia, a cluster of related disorders that results from the degeneration of the frontal or temporal lobes of the brain, which include brain tissue involved in speech and language.

## Symptoms

Primary progressive aphasia symptoms vary, depending on which portion of the brain's language areas are involved. The condition has three types, which cause different symptoms.

### Semantic variant primary progressive aphasia

Signs and symptoms include:

- Difficulty comprehending spoken or written language, particularly single words
- Trouble comprehending word meanings
- Struggling to name objects

### Logopenic variant primary progressive aphasia

Signs and symptoms include:

- Difficulty retrieving words and word substitutions
- Frequently pausing in speech while searching for words
- Difficulty repeating phrases or sentences

### Nonfluent-agrammatic variant primary progressive aphasia

Signs and symptoms include:

- Poor grammar in written and spoken form
- Trouble understanding complex sentences
- Using grammar incorrectly
- May be accompanied by speaking problems such as errors in speech sounds (known as apraxia of speech)

## Causes

Primary progressive aphasia is caused by a shrinking (atrophy) of certain sections (lobes) of the brain responsible for speech and language. In this case, the frontal, temporal or parietal lobes, primarily on the left side of the brain, are affected.

Atrophy is associated with the presence of abnormal proteins, and brain activity or function in affected areas might be reduced.

## Risk factors

Risk factors for primary progressive aphasia include:

- **Learning disabilities.** If you had a childhood learning disability, particularly developmental dyslexia, you might be at somewhat higher risk of primary progressive aphasia.
- **Certain gene mutations.** Rare gene mutations have been linked to the disorder. If other members of your family have had primary progressive aphasia, you might be more likely to develop it.

## Complications

People with primary progressive aphasia eventually lose the ability to speak and write, and to understand written and spoken language. Some people develop substantial difficulty forming sounds to speak (a problem called apraxia of speech), even when their ability to write and comprehend are not significantly impaired.

As the disease progresses, other mental skills, such as memory, can become impaired. Some people develop other neurological symptoms such as problems with movement. With these complications, the affected person eventually will need help with day-to-day care.

People with primary progressive aphasia can also develop depression or behavioral or social problems as the disease progresses. Other problems might include blunted emotions such as unconcern, poor judgment or inappropriate social behavior.

By Mayo Clinic Staff

Any use of this site constitutes your agreement to the Terms and Conditions and Privacy Policy linked below.

Terms and Conditions

**Privacy Policy**

**Notice of Privacy Practices**

Notice of Nondiscrimination

Mayo Clinic is a nonprofit organization and proceeds from Web advertising help support our mission. Mayo Clinic does not endorse any of the third party products and services advertised.

Advertising and sponsorship policy

Advertising and sponsorship opportunities

Troy williams
nmpn 350 S Frederick Ave
St. Joseph mo 64506

FOREVER / USA
FULTON MO 65251

UNITED STATES POSTAL SERVICE
1099
72201

U.S. POSTAGE PAID
FCM LG ENV
FULTON, MO
65251
MAY 08, 20
AMOUNT
**$0.00**
R2305K136199-03

US district Court
Christian Bores
600 East capitol ave
Little Rock ar 72201